Revised 03/06 WDNY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

FILED
APR 2 4 2026
ANDREW W. MOELLER, CLERK
WESTERN DISTRICT OF NY

26-CV-00834 JLS

## FORM TO BE USED IN FILING A CIVIL COMPLAINT IN FEDERAL COURT
### (Non-Prisoner Context)

All material filed in this Court is now available via the **INTERNET**. See **Pro Se Privacy Notice** for further information.

### 1. CAPTION OF ACTION

**A.** **Full Name of Plaintiff: NOTE:** *If more than one plaintiff files this action and seeks in forma pauperis status, **each** plaintiff must submit an in forma pauperis application or the only plaintiff to be considered will be the plaintiff who filed an application.*

Felissa A. Daus
William E. Johnson

-vs-

**B.** **Full Name(s) of Defendant(s) NOTE:** *Pursuant to Fed.R.Civ.P. 10(a), the names of all parties must appear in the caption. The court may not consider a claim against anyone not identified in this section as a defendant.* Add a separate sheet, if necessary.

1. Niagara Falls Housing Authority        4. _____
2. _____                              5. _____
3. _____                              6. _____

### 2. STATEMENT OF JURISDICTION, VENUE and NATURE OF SUIT
*All of these sections **MUST** be answered*

*Identify the basis for federal Court jurisdiction over your claim, such as that the United States government is a party to the action, all the parties reside in different states and therefore you claim diversity jurisdiction, or the claim presents a federal question or arises under federal law.*

A. Basis of Jurisdiction in Federal Court: Within jurisdiction

*State why the Western District of New York is the proper venue for this action, such as that your claim arises in or the defendant resides in the 17 westernmost counties of New York State.*

B. Reason for Venue in the Western District: Violation of several federal statues of HUD

*Identify the nature of this action, such as that it is a civil rights claim, a personal injury or personal property (tort) claim, a property rights claim, or whatever it is.*

C. Nature of Suit: Housing disserimination

## 3. PARTIES TO THIS ACTION

**PLAINTIFF'S INFORMATION  NOTE:** *To list additional plaintiffs, use this format on another sheet of paper.*

Name of First Plaintiff: Tehsse Maus

Present Address: 2936 One Steel
Niagara Falls, NY 14305

Name of Second Plaintiff: William E. Johnson

Present Address: 800 Niagara Ave., Niagara Falls NY 14305
Apt. 1014

**DEFENDANT'S INFORMATION  NOTE:** *To list additional defendants, use this format on another sheet of paper.*

Name of First Defendant: Niagara Falls Housing Authority

Official Position of Defendant (if relevant):

Address of Defendant: 744 10th Str, Niagara Falls, NY 14301

Name of Second Defendant: Gladyace Williams, Leela of
Housing

Official Position of Defendant (if relevant):

Address of Defendant: 744 10th Steet, Niagara Falls Housing
Authority

Name of Third Defendant:

Official Position of Defendant (if relevant):

Address of Defendant:

## 4. PREVIOUS LAWSUITS IN STATE AND FEDERAL COURT

A.    Have you begun any other lawsuits in **state or federal court** dealing with **the same facts involved in this action**?

    Yes ☒    No ☐

If Yes, complete the next section. NOTE: *If you have brought more than one lawsuit dealing with the same facts as this action, use this format to describe the other action(s) on another sheet of paper.*

1.    Name(s) of the parties to this other lawsuit:

    Plaintiff(s):

Defendant(s):_____

_____

2.    Court (if federal court, name the district; if state court, name the county):_____

_____

3.    Docket or Index Number:_____

4.    Name of Judge to whom case was assigned:_____

5.    The approximate date the action was filed:_____

6.    What was the disposition of the case?

Is it still pending?  Yes [ ]   No [ ]

If not, give the approximate date it was resolved._____

Disposition (check those statements which apply):

[ ] Dismissed (check the statement which indicates why it was dismissed):

[ ] By court *sua sponte* as frivolous, malicious or for failing to state a claim upon which relief can be granted;

[ ] By court for failure to prosecute, pay filing fee or otherwise respond to a court order;

[ ] By court due to your voluntary withdrawal of claim;

[ ] Judgment upon motion or after trial entered for

[ ] plaintiff

[ ] defendant.

## 5. STATEMENT OF CLAIM

**Please note** that it is not enough to just list the ground(s) for your action. You **must** include a statement of the facts which you believe support each of your claims. In other words, just tell the story of what happened and do not use legal jargon.

**Fed.R.Civ.P. 8(a)** states that a pleading must contain "a short and plain statement of the claim showing that the pleader is entitled to relief." "The function of pleadings under the Federal Rules is to give fair notice of the claim asserted. Fair notice is that which will enable the adverse party to answer and prepare for trial, allow the application of res judicata, and identify the nature of the case so it may be assigned the proper form of trial." Simmons v. Abruzzo, 49 F.3d 83, 86 (2d Cir. 1995).

**Fed.R.Civ.P. 10(b)** states that "[a]ll averments of claim ... shall be made in numbered paragraphs, the contents of each of which shall be limited as far a practicable to a single set of circumstances."

**A. FIRST CLAIM:** On (*date of the incident*) ___Violation of Fair Housing Act___,

defendant (*give the **name and (if relevant) the position held** of **each defendant** involved in this incident*) _____

___Please see attached___

3

did the following to me (*briefly state what each defendant named above did*): _____

_____

_____

_____

_____

_____

_____

The federal basis for this claim is: ___*Federal Crime*_____

State briefly **exactly** what you want the Court to do for you. *Make no legal arguments and cite no cases or statutes*:
*provide remedies and monetary damages*

**B. SECOND CLAIM:** On (*date of the incident*) *Williston rent amounts*,
defendant (*give the name and (if relevant) position held of each defendant involved in this incident*) _____

_____

did the following to me (*briefly state what each defendant named above did*): _____
*According to Mr. Collins the increased rent amounts from $800-810, William Jepson is required to pay $880 for same unit.*

_____

The federal basis for this claim is: ___*Federal jurisdiction*_____

State briefly **exactly** what you want the Court to do for you. *Make no legal arguments and cite no cases or statutes*:
*provide remedies and monetary damages*

**If you have additional claims, use the above format to set them out on additional sheets of paper.**

4

## 6. SUMMARY OF RELIEF SOUGHT

*Summarize the relief requested by you in each statement of claim above.*

Remedies and protection against retaliator and evictions, and monetary damages

Do you want a **jury trial**?  Yes ☑  No ☐

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed on ____3/24/2026____
(date)

**NOTE:** *Each plaintiff must sign this complaint and must also sign all subsequent papers filed with the Court.*

Signature(s) of Plaintiff(s)

5

Felissa A. Davis, Plaintiff

William E. Johnson, Plaintiff

Vs:

Niagara Falls Housing Authority, Defendant

**Case NO.:**

# STATEMENT OF FACTS

## 1. Housing Applications and Denials (September 2025 – Present)

In or about September 2025, this writer submitted an application for emergency homeless housing on behalf of William E. Johnson. This writer also submitted a separate application for another homeless individual who has been without housing for over three years and has an emotional support animal.

At the time of application, the Niagara Falls Housing Authority had several available housing units. This writer inquired whether there were provisions under Continuum of Care (COC) programs to prioritize placement of at-risk elderly individuals. The Occupancy Assistant stated that the only emergency housing program available was limited to domestic violence cases.

This writer further requested that certain documentation requirements be temporarily waived for the second applicant due to his prolonged homelessness and difficulty obtaining records. The Occupancy Assistant denied this request and stated that the application would not proceed without all required documentation.

Despite providing a driver's license and a physician's letter, this writer was informed that the documentation was insufficient. When this writer requested written clarification of documentation requirements and applicable policies, none was provided. Subsequently, this writer received an email stating that the applicant had been removed from the waiting list and that no further contact from this writer was desired. **Please refer to Exhibit A**

---

## 2. Professional Background and Policy Concerns

This writer is an experienced housing case manager with training in HUD programs, including Continuum of Care (CoC), Rapid Rehousing (RRH), ESG, OMH/SHP, and CTI. Based on this experience, this writer understands that HUD guidelines are standardized and deviations require approval from the regional office of the U.S. Department of Housing and Urban Development.

This writer believes that the Housing Authority's actions are inconsistent with established HUD policies, particularly regarding documentation requirements and emergency housing prioritization. . **Please refer to Exhibit B**

---

## 3. Rent Increases and Policy Disputes

This writer raises concerns regarding significant rent increases at Housing Authority properties, including Wrobel Towers. It is believed that rents were increased by approximately 46.67% without proper authorization from HUD.

HUD policy requires that rent increases, including Flat Rents and income-based rents, be approved by the appropriate HUD regional office. Additionally, such increases are typically phased in over time rather than implemented abruptly.

This writer reviewed publicly available information, including Board meeting records, and found no documentation indicating approval or discussion of such rent increases. Furthermore, changes related to properties transitioning to tax credit programs (e.g., Jordan Gardens) would require rent reasonableness studies comparing similar properties. . **Please refer to Exhibit C**

---

## 4. Correspondence and Lack of Response (March 2026 – April 2026)

On or about March 5, 2026, this writer sent a certified letter to members of the Housing Authority Board outlining these concerns. As of April 6, 2026, no response had been received.

This writer subsequently spoke at City Council meetings on March 11 and March 25, 2026, and contacted Brian Archie, a City Council member and Housing Authority Board member. Mr. Archie indicated he had not seen the certified letter. This writer then resent the correspondence electronically to multiple council members. . **Please refer to Exhibit D**

---

## 5. Attorney Communication and Safety Concerns

On March 27, 2026, this writer received a hand-delivered letter from an attorney representing the Housing Authority. The individual who delivered the letter was not identified, and no recording was captured on this writer's Ring camera, raising concerns.

Subsequent correspondence attempts to the attorney were unsuccessful, as emails were rejected. Additional notices were later delivered by maintenance staff and captured on camera.

This writer reports concerns for personal safety, including prior incidents involving alleged harassment, surveillance, unauthorized access, and interference with electronic communications. . **Please refer to Exhibit E**

---

## 6. HUD Contact and Conflicting Information

This writer contacted the local HUD office in Buffalo and initially spoke with a representative who acknowledged prior issues with the Housing Authority's interpretation of HUD policies.

A subsequent HUD representative assigned to the Niagara Falls area provided conflicting information regarding Fair Market Rent (FMR) changes, stating that FMR had increased in October 2025. However, this writer disputes both the amount and the process, asserting that such increases would require formal approval and documentation.

When this writer requested supporting documentation, including approval letters, the HUD representative declined to provide it and later ceased communication. . **Please refer to Exhibit F**

---

## 7. Allegations of Policy Misinterpretation and Retaliation

This writer alleges that both the Housing Authority and HUD representatives have misinterpreted or misapplied policies, including provisions under HOTMA, to justify actions that are inconsistent with federal guidelines.

This writer further alleges retaliatory actions, including threats of eviction, restrictions on access to Housing Authority buildings, and selective enforcement of inspections. . **Please refer to Exhibit G**

## 8. Inspection Notice and Alleged Harassment (April 2026)

On or about April 8, 2026, this writer received a notice of inspection indicating both a unit and housekeeping inspection scheduled with minimal notice. Based on available information, similar notices were not issued to other tenants.

This writer declined the inspection due to concerns that the notice was targeted and constituted harassment. . **Please refer to Exhibit H**

## 9. Request for Relief

Due to the ongoing issues described above, this writer is requesting:

- An emergency hearing
- Immediate review and investigation of the Housing Authority's actions
- Emergency housing accommodations for safety
- Oversight and intervention by the U.S. Department of Housing and Urban Development or appropriate authorities

### COMPLIANT

**Plaintiff, Felissa A. Davis and William E. Johnson, by way of this compliant against Defendant, alleges:**

    I.    **Nature of The Action**

1. This is a civil action arising under Federal housing laws and constitutional protections administered by the U.S. Department of Housing and Urban Development.

2. This action includes claims for unlawful rent practices, failure to disclose required information, denial of due process, and **retaliation related to housing rights enforcement.**

    II.    **Jurisdiction and Venue**

3. This Court has jurisdiction pursuant to **28 U.S.C. §1331 and 42 U.S.C.§1983**

4. Venue is proper in the Western District of New York pursuant to **28 U.S.C. § 1391**, as the vents giving rise to this action occurred within this district.

### III.    Parties

5. Plaintiff, Felissa Davis, is a resident of Niagara Falls, New York and a tenant receiving housing assistance.
6. William E. Johnson, is a resident of Niagara Falls, New York and a tenant receiving housing assistance.

### IV.    Factual Allegations

7. Plaintiffs, requested documentation regarding rent determinations, including Fair Market Rent (FMR), payment standards, and flat rent schedules.
8. Defendant failed and/or refused to provide the requested information.
9. Defendant increased flat rent rates from approximately **$600 to $810**, with at least one tenant (William) being charged **$880**.
10. Defendant has failed to provide documentation demonstrating that these increases were properly calculated, authorized, or compliant with federal regulations.
11. Plaintiffs has raised concerns and sought enforcement of her rights under Federal Housing law.
12. As a result of asserting these rights, Plaintiffs reasonably fears **retaliation, including but not limited to eviction, harassment, or adverse housing actions.**
13. Other tenants and individuals with knowledge of these matters may serve as **witnesses,** and there is concern regarding potential retaliation against such individuals.

### V.    Claims For Relief
### Count 1- Violation of Federal Housing Regulations

14. Plaintiffs repeats and realleges paragraphs 1-13
15. Defendants is required to comply with federal housing regulation, including but not limited to:

- **24 CFR § 960.253 (Flat Rents)**
- **24 CFR § 982.503 (Payment Standards)**

16. Defendant failed to properly establish and disclose rent calculations in accordance with these regulations.

17. Defendant's action constitute violations of federal housing law and regulations.

### Count II- Failure to provide required Disclosures

18. Plaintiff repeats and realleges paragraphs 1-17.

19. Defendant failed to provide requested information necessary for Plaintiffs        to understand and verify rent determinations.

20. Such failure violates Federal requirements for transparency and tenant rights.

### Count III- Unlawful rent Practices

21. Plaintiffs repeats and realleges paragraphs.

22. Defendants implemented significant rent increases without providing documentation of proper authorization or compliance.

23. These actions may constitute unlawful rent practice under federal law.

### Count IV- Denial of Due Process

24. Plaintiffs repeated and realleges paragraphs1 -23

25. Such conduct constitutes a denial of due process under applicable law.

26. Such conduct constitutes a denial of due process under applicable law.

### VI. Prayer for Relief

WHEREFORE, Plaintiff respectfully request that this Court:

a. Order Defendant to provide all requested  documentation, including FMR, payment standards and flat rent schedules,
b. Require Defendant to produce any HUD approvals related to rent increases for the past 15 years,
c. Declare Defendant's actions in violation of Federal Law,
d. Order correction of any improperly calculated rent amounts with applicable penalty imposed by Homes and community renewals procedures,
e. Issue an order Prohibiting from engaging in any form of retaliation, including eviction from any rules – regulation set forth by this Housing Authority, harassment, or adverse housing actions against Plaintiffs,
f. Issues protective relief ensuring that all witnesses **and cooperating tenants are free from retaliation,** intimidation, or interference,
g. In the event retaliation, eviction, or unsafe conditions occur, order Defendant to provide safe and comparable relocation for **Plaintiff**

and any affected individuals at no cost, consistent with Federal housing obligations; moving fees, storage and  rental fees for new unit and compensatory damages,

h. Order warrant arrests for individuals in violation of Federal Housing statues for extortion, for falsifying making up a housing standards for the purpose of charging excessive rents for William E. Johnson

i. Grant any relief in accordance of the guidelines of Homes and community Renewal in the amount of 3 times the amount of rent collected for rent of William E. Johnson and penalties and additional compensation for compensatory damages

j. Compensatory damages for Felissa A. Davis

## VII.    DEMAND FOR JURY TRAIL

Plaintiffs demands a trial by jury on all issues so triable

**Respectfully submitted,**

Felissa A. Davis
2936 9th Street
Niagara Falls, NY 14305
716-334-5253

**Date**: April 8, 2026

# EXHIBIT A

Concerns Regarding Rent Policy, Intake Procedures, and Move-In Timeline

Dear Housing Administrator],

Prior to today, I spoke with your reception clerk, who stated that rents would now be based on 30% of an occupant's income. At the time, I dismissed this statement because I believed it to be inaccurate. However, while at the NFTA bus station today, this information was independently confirmed.

Based on my understanding, rent increases cannot exceed $200 within a single calendar year. Further, HUD guidelines generally limit annual rent increases to approximately 7–8%, and any increase beyond that typically requires justification, particularly when no substantial upgrades or improvements to the facility have been made. Additionally, housing providers are required to establish a market rent for units based on the surrounding area.

The explanation provided to me implied that rent would fluctuate directly based on an individual's income. This raises serious concerns, as it suggests that individuals with higher incomes would be charged higher base rents, which appears discriminatory. My understanding is that a base rent must first be established, and only then may tenant contribution be calculated at 30% of income where applicable.

I also have concerns regarding some of your intake procedures, which appear to be outdated. Specifically, the requirement for six months of bank statements seems excessive and intrusive. In my experience with Buffalo Municipal Housing and other leased housing affiliates, such documentation is not required. Even in cases where an occupant may have additional assets or income, this does not automatically count against eligibility.

Additionally, I am concerned about my interactions with your intake reception staff. On more than one occasion, I requested to speak with a supervisor and was told that you were unavailable each time. This has been frustrating and has made it difficult to obtain accurate information.

Finally, I am requesting an update on my uncle's anticipated move-in date. Ideally, we are hoping he can move in five days prior to the first of the month. I am currently arranging for new furniture, bedding, and small appliances (including a microwave and toaster). If prorating his rent is necessary, please advise accordingly.

Thank you for your time and attention to these matters. I look forward to your prompt response and clarification.

Sincerely,
Felissa Davis

Exhibit A

# EXHIBIT B



## Niagara Falls Housing Authority

**Administrative Offices:** 744 Tenth Street • Niagara Falls, NY 14301
Phone: (716) 285-6961 • Fax: (716) 285-3407 • TDD: 1-800-545-1833 x405
Website: www.nfha.org  Email:nfha@nfha.org

January 20, 2026

Dear Ms. Davis,

Thank you for your letter that we received on January 14th, 2026 regarding rent policy, intake procedures, and the anticipated move-in timeline for your uncle. I appreciate the opportunity to clarify these matters and provide accurate information regarding the Niagara Falls Housing Authority's compliance with federal housing regulations.

Rent Determination

The Niagara Falls Housing Authority is required to calculate tenant rent in accordance with HUD regulations governing public housing. HUD mandates that a family's Total Tenant Payment (TTP) be the _highest_ of the following:

- 30% of adjusted monthly income
- 10% of gross monthly income
- A minimum rent established by the housing authority

This requirement is established under 24 CFR §5.628 and 24 CFR §960.253. Therefore, tenant rent is directly based on household income as prescribed by federal regulation. This is not a discretionary policy of NFHA but a uniform HUD requirement applied across all public housing authorities nationwide.

HUD does not impose a fixed annual dollar limit on rent increases. Rent adjustments occur when verified income changes or at annual recertification, in compliance with 24 CFR §960.257. **It is also important to note that Cornerstone Village is no longer considered Public Housing since the tax credit period has ended prior to being managed by the NFHA. However, HCR (Homes and Community Renewal) must approve all increases to ensure compliance with regulations and laws.**

Intake and Documentation Requirements

NFHA's intake and verification procedures follow HUD eligibility and verification rules found in 24 CFR §960.259 and HUD Handbook 4350.3 REV-1, Chapter 3. These regulations require housing authorities to obtain documentation necessary to verify income, assets, and eligibility. Requests for bank statements and financial records are standard verification tools permitted under HUD guidance to ensure accurate determinations.

Confidentiality of Applicant Information

---

**PEOPLE & POSSIBILITIES**
Harry S. Jordan Gardens • Anthony Spallino Towers • Henry E. Wrobel Towers • Packard Court • Beloved Community
Doris W. Jones Family Resource Building • Packard Court Community Center

Please note that NFHA is required to protect the confidentiality of applicant and resident records under HUD privacy and disclosure regulations (24 CFR §5.212). Accordingly, we do **not** discuss or release information regarding a prospective resident or tenant's application, eligibility status, or household details to anyone outside of authorized personnel, unless a proper written authorization is on file. This policy is in place to safeguard applicant privacy and ensure federal compliance.

Staff Availability and Communication

I regret any frustration experienced when attempting to reach supervisory staff. Staff availability may vary due to scheduled resident appointments and operational demands. We continue working to improve communication processes to ensure consistent and accurate information is provided.

Move-In Timeline

Once eligibility verification and unit readiness are complete, NFHA will provide a confirmed move-in date. If rent proration is necessary, it will be calculated in accordance with HUD leasing and occupancy requirements under 24 CFR §960.259 and §960.261. Our intake team will follow up directly with the authorized applicant once final processing steps are completed.

Meeting Scheduling and Walk-In Policy

To ensure I can honor scheduled commitments and provide focused attention to residents and applicants, I do **not** accept unscheduled walk-in meetings. This allows each scheduled appointment to receive the time and attention it deserves.

If you would like to schedule a meeting with me, you are welcome to contact my Executive Secretary:

Jamie Allen
(716) 285-6961 ext. 104

Jamie will be happy to coordinate a mutually convenient appointment time.

Thank you again for bringing your concerns forward. The Niagara Falls Housing Authority remains committed to transparency, HUD compliance, and respectful engagement with applicants and residents.

Sincerely,

**Tomorrow Allen-Collins, DSL**
**Executive Director**

Cc: Resident File
    Centria Jacas, Assistant Manager
    Gradycia Williams, Director of Occupancy

---

# EXHIBIT C

The Board of Commissioners of the Niagara Falls Housing Authority (NFHA) met in a Monthly Board Meeting session on Tuesday, January 13, 2026, at 3:00 pm at 744 Tenth Street, Niagara Falls, NY. Chair Giancola called the meeting to order at 3:00 pm.

| Present: | Also Present: | Absent: |
|---|---|---|
| Mrs. Maralynn Giancola | Dr. Tomorrow Allen-Collins | |
| Mr. Gerald Cracknell | Mr. Brian Hutchison | |
| Mr. Brian Archie | Mr. Santino Cafarella | |
| Sister Beth Brosmer | | |
| Ms. Markasia McCreary | | |
| Mrs. Colleen Todd | | |
| Ms. Sara Rivera | | |

**At the Request of the Executive Director:**   Jamie Allen, George Dreer, Roger Lis, Gradycia Williams,

## I.   MOMENT OF REFLECTION

Chair Giancola wanted to take this moment to thank everyone for their kindness, support and for thinking of her family. Chair Giancola asked the Board to remember our dear friend Owen Steed and to congratulate Commissioner Archie, as he is the City Council Chairperson. Finally, she wanted to wish everybody a happy, healthy, and very blessed 2026.

## II.   SUBCOMMITTE ELECTIONS

Chair Giancola stated that we need a Vice Chairman and a Secretary. Commissioner Cracknell will serve as our Vice Chairman and Commissioner Todd will serve as our Secretary. Chair Giancola then discussed her designation ideas for the Commissioners; all agreed to the assigned designations.

## III.   APPROVAL OF MINUTES FROM MEETING

On a motion made by Commissioner Archie, seconded by Commissioner McCreary and carried, December 9, 2025, monthly meeting minutes of the Board of Commissioners was approved.

## IV.   COMMITTEE REPORTS/RECOMMENDATIONS

### A. Facilities & Residential Affairs/Senior Living/Community

Commissioner Archie stated that there has not been a meeting, but he has been trying to have some conversations with Beacon Communities, the city and the railway regarding trash cleanup and security around Center Court. He stated that there will be more information to come.

### B. Finance – Chair Giancola –

Mr. Lis reported that a few things have been happening and that we are far behind. We have two different auditors. EFPR are the auditors for Cornerstone's  December 2024 audit and Drescher & Malecki are the auditors for the Housing Authority's March 2025 audit. The Housing Authority cannot finish their audit until we get Cornerstone's audit report from EFPR, but Mr. Lis is hopeful that this will all be resolved by the next board meeting in February. For the Housing Authority, Mr. Lis stated that we are in the positive for the year so far up to November. Our subsidy is down for January, but hopefully we will be all right with what is projected and the budget is still being completed. We have cash in the bank and CDs, so we are in good shape. Chair Giancola asked for a motion to approve Resolution 2026-2 approval of the finance reports for November. Commissioner Todd made a motion, seconded by Commissioner Rivera. All in favor, motion passes.

### C. Governance/Human Resources –

Chair Giancola asked for a motion to approve Resolution No. 2026-3 the Personnel Action Chart. Motion to approve Resolution No. 2026-3 the Personnel Action Chart was made by

Commissioner Brosmer, seconded by Commissioner Todd, and the motion was unanimously carried.

**D. Strategic Planning – Commissioner Cracknell –**
Nothing to report.

**E. Occupancy Reports –**
Ms. Williams reported that the occupancy rate is 94% and that the Occupancy department is trying to get all the vacant units occupied.

## V.  CHAIRMAN'S REPORT
Chair Giancola stated that she does not have anything to report, but they do need to go into Executive Session.

## VI.  EXECUTIVE DIRECTOR'S REPORT
**A.) Approval of Set Policy for Active Non-Union Employees.**
Chair Giancola asked for a motion to approve Resolution No. 2026-4 approval of set policy for active non-union employees. Mr. Dreer stated that this resolution is to move non-union employees off the AFSCME contract who missed the deadline for free health insurance. Motion to approve Resolution No. 2026-4 was made by Commissioner Archie, seconded by Commissioner Cracknell. All in favor. Motion unanimously carried.

**B.) Updates on Niagara Falls Housing Authority Matters**
Dr. Collins stated that she thinks it is befitting for the Board of Commissioners to know what she has been working on specifically and what she plans to work on. Dr. Collins stated that she is going to start adding her personal report with the board report. This report will be a history and proposal report. Some of the things Dr. Collins has been working on is having -the Alcott HR team come in and assist with navigational and functional challenges with the system. A People and Possibilities meeting was held, community events were attended, and continued participation in CSV and RAD meetings. Dr. Collins stated that she is in the process of hiring a Deputy Executive Director and that she has already interviewed internally and she is now starting to interview externally.

## VII.  NFHA ATTORNEY REPORT-
Attorney Hutchison reported that we have to get Cornerstone under our technical ownership. We are managing it currently, and we are in fact the owners, but we have to finish getting the title on it. Attorney Hutchison also stated that he heard that the Lockport Housing Authority is working towards potential single-family housing as one of their planned developments and he was ask if the NFHA was going to consider the same route of single-family investment.

## VIII.  UNFINISHED BUSINESS
Chair Giancola asked for a motion to approve tabled Resolution No. 2025-54. Motion to approve Resolution No. 2025-54 was made by Commissioner McCreary, seconded by Commissioner Brosmer. All in favor. Motion passed.

## IX.  NEW BUSINESS
Next meeting: *Tuesday, February 10, 2026, 3:00 pm – Administrative Office*

Commissioner Archie made a motion to enter Executive session. Commissioner Rivera seconded and the motion was unanimously carried.

<div align="center">

Executive Session began at 3:33 pm
Executive Session ended at 4:58 pm

</div>

Commissioner Archie made a motion to return to regular session. Commissioner Brosmer seconded and the motion was unanimously carried. Regular session resumed.

Commissioner Rivera made a motion to add an agenda item, Commissioner Todd seconded it, all in favor. Chair Giancola made a motion to approve Resolution 2026-5 as read:

A request having been made for the Board of Commissioners to address the 2026 compensation package for Executive Director Dr. Tomorrow Allen-Collins, and the Board having discussed this request in executive session to discuss all matters relevant to said request.

NOW, THEREFORE, BE IT RESOLVED THAT THE BOARD OF COMMISSIONERS OF THE NIAGARA FALLS HOUSING AUTHORITY:
Hereby approves a modification to the compensation package for Executive Director Dr. Tomorrow Allen-Collins, to commence February 1, 2026, as follows:
Annual salary shall be increased to a total of $135,000 per year.
All other terms of compensation shall remain the same.

Motion made by Commissioner McCreary and seconded by Commissioner Rivera. The motion was approved by a vote of six in favor and one against. Motion passes.

X.    **ADJOURNMENT**
       Commissioner Archie made a motion to adjourn. Commissioner Todd seconded. Motion was unanimously carried. The meeting adjourned at 5:00pm.

_____
Secretary

The Board of Commissioners of the Niagara Falls Housing Authority (NFHA) met in a Monthly Board Meeting session on Tuesday, February 11, 2025 at 3:00 pm at 744 Tenth Street, Niagara Falls, NY. Chair Giancola called the meeting to order at 3:10 pm.

| **Present:** | **Also Present:** | **Absent:** |
|---|---|---|
| Mrs. Maralynn Giancola | Dr. Tomorrow Allen-Collins | |
| Mr. James Swift | Mr. Brian Hutchison | |
| Mr. Gerald Cracknell | | |
| Mrs. Colleen Todd | | |
| Mr. Brian Archie | | |
| Mrs. Gloria Dolson | | |

**At the Request of the Executive Director:** Jamie Allen, George Dreer, Gradycia Williams, Patti Barone via phone

## I. MOMENT OF REFLECTION

Chair Giancola wanted to take this moment to welcome Tomorrow Allen-Collins as the new ED. The Authority is going to move in a positive upward direction.

## II. APPROVAL OF MINUTES FROM MEETINGS

On a motion made by Commissioner Archie, seconded by Commissioner Swift and carried, the January 14, 2024 monthly meeting minutes of the Board of Commissioners was approved.

## III. COMMITTEE REPORTS/RECOMMENDATIONS

### A. Facilities & Residential Affairs/Senior Living/Community

Commissioner Archie reported that he spoke with Beacon and they would like to plan a Health fair this summer. He has a meeting with them on Saturday, March 22nd. Commissioner Dolson asked if we had Resident Councils. Commissioner Archie stated that WT is the only one that is fully staffed, PC and Beloved want to form one. Commissioner Archie stated that we have two Resident Commissioners since Commissioner Dolson came on. She was appointed by the Mayor and she is using her duties as a Resident Commissioner. Discussion ensued.

### B. Finance – Chair Giancola –

Mr. Dreer reported that nothing has really changed from last month. Management fees are lower on the AMP side and Occupancy and the finances are the same. The phone expense did go up because discounts had expired and several CD's matured this month, we are just waiting on the interest rates. Chair Giancola asked for a motion to approve the reports. Commissioner Cracknell made a motion, seconded by Commissioner Swift. All in favor, motion passes.

### C. Governance/Human Resources – Commissioner Swift –

Commissioner Swift reported that there has been a lot going on in the past month. Part-time employees are becoming full time employees and people are moving up. After reviewing the Personnel Action Chart and Leave of Absence Request, Commissioner Swift asked for a motion to approve the Personnel Action Chart. Motion made by Commissioner Todd, Commissioner Cracknell seconded and the motion was unanimously carried.

### D. Strategic Planning – Commissioner Cracknell –

Commissioner Cracknell reported that they had a brief meeting today, the last meeting was two months ago. Commissioner Cracknell reported that they talked about a Succession Plan and that Dr. Allen-Collins had one that she created five years ago. The goal is to get a Succession Plan in the works and get people on board.

### E. Occupancy Reports –

Ms. Williams reported that there are 96 vacancies which include the units offline and the 11 units at JG that will be used for RAD. The waiting list is down to 93 for a one bedroom. Six files went to WT, three files went to ST and they are working on ten files. Ms. Williams reported that we

are in the Re-Exam period and it has to be completed by 2/28, they are 56% done. Attorney Hutchison reported that additional evictions are coming up and they will not be delayed.

## IV. CHAIRMAN'S REPORT

Chair Giancola reported that she and Dr. Allen-Collins met this week regarding moving the Housing Authority forward. Chair Giancola asked for a motion to approve Resolution 2025-7 approval of a second signatory. Chair Giancola will no longer sign checks. Commissioner Archie made a motion, seconded by Commissioner Cracknell, all in favor. Motion passes.

## V. EXECUTIVE DIRECTOR'S REPORT

**A.) Approval of Schlaack Enterprises, LLC Snow prices**

Dr. Allen-Collins asked for a motion to approve Resolution 2025-8 approval Schlaak Enterprises snow prices. Dr. Allen-Collins stated that we can't force overtime. Mrs. Barone stated that there is a concern that staff are not taking calls. Snow is dangerous and the most visible and economical thing to do is to hire Schlaack. There are only 5 staff out of 20 who will take snow removal calls on the weekends. Management can meet with staff and revisit this for next year. Commissioner Archie stated that he is disappointed to see the sites with all the snow and ice on the property. He stated that it is not right that they do not take calls, and that is not caring for the Organization. Motion to approve Resolution 2025-8 was made by Commissioner Dolson, seconded by Commissioner Swift. All in Favor, motion passes.

**B.) Approval of CSEA Union Contract**

Dr. Allen-Collins asked for a motion to approve Resolution 2025-9 approval of the CSEA Union Contract. The contract has been ratified after almost a year. Motion to approve Resolution 2025-9 was made by Commissioner Todd, seconded by Commissioner Archie. All in favor, motion passed.

**C.) Updates on Niagara Falls Housing Authority matters**

Dr. Allen-Collins reported that she is meeting with all the Commissioners and Directors. She will be sharing with residents where she will be and will be listening to where we need to start. For the March meeting, a phone conversation or an in-person meeting will be with David Walker, the Attorney for Cornerstone. It is in the best interest of the Housing Authority to speak with him directly since there is a lot of miscommunication.

## VI. NFHA ATTORNEY REPORT-

Attorney Hutchison reported that evictions are going well. He has served several 14-day notices and that it has been an easy transition for Attorneys and the court system. He stated that Santino is now licensed, as of January 15th and that he is encouraged to attend meetings since he is working on evictions. Attorney Hutchison reported that he and Dr. Allen-Collins will set up a meeting regarding longtime changes and prepare for the March meeting.

## VII. UNFINISHED BUSINESS

Commissioner Todd asked if there are any updates on RAD. Dr. Allen Collins will be getting RAD training. Commissioner Dolson reported that she went to the Commissioner training last month. Discussion ensued.

## VIII. NEW BUSINESS

Next meeting: Tuesday, March 11, 2025 3:00 pm – Administrative Office

## IX. ADJOURNMENT

Commissioner Archie made a motion to adjourn. Commissioner Cracknell seconded and the motion was unanimously carried. The meeting adjourned at 4:05 pm.

_____
Secretary

The Board of Commissioners of the Niagara Falls Housing Authority (NFHA) met in a Monthly Board Meeting session on Tuesday, March 11, 2025 at 3:00 pm at 744 Tenth Street, Niagara Falls, NY.  Chair Giancola called the meeting to order at 3:00 pm.

| **Present:** | **Also Present:** | **Absent:** |
|---|---|---|
| Mrs. Maralynn Giancola | Tomorrow Allen-Collins, DSL | Mrs. Gloria Dolson |
| Mr. Jim Swift | Mr. Brian Hutchison | |
| Mr. Gerald Cracknell | | |
| Mrs. Colleen Todd | | |
| Mr. Brian Archie | | |

**At the Request of the Executive Director:**  Jamie Allen, George Dreer, Gradycia Williams, Dana Colangelo, Santino Cafarella

## I.    MOMENT OF REFLECTION
Chair Giancola wanted to take this moment and reflect on all the craziness that is going on in the word and hope for peace along with a prayer for Ken Killian, Superintendent, who lost his wife last week. A moment of silence.

## II.    APPROVAL OF MINUTES FROM MEETINGS
On a motion made by Commissioner Cracknell, seconded by Commissioner Archie and carried, the February 11, 2025 monthly meeting minutes of the Board of Commissioners was approved.

## III.    COMMITTEE REPORTS/RECOMMENDATIONS
### A. Facilities & Residential Affairs/Senior Living/Community
Commissioner Archie reported that they just met today after several months and that they are sending out invitations to properly update the board. He invited Lateesha McElrath to speak briefly on wellness. Lateesha is the owner of Community Wellness Works which provides preventative wellness screening, mobile Phlebotomy and corporate wellness. Her goal is to screen as many individuals as possible to make individuals healthier in mind and body in work spaces and in the community.
### B. Finance – Chair Giancola –
Mr. Lis reported that we are expecting a lot less subsidy this year and we will be using some of our reserves for next year's budget. Both Community Centers are costing the Housing Authority over $250,000 and that is not including supplies. There has been an increase in cost, a decrease in subsidy, which tightens up our budget.  Chair Giancola asked for a motion to approve the reports.  Commissioner Swift made a motion, seconded by Commissioner Todd. All in favor, motion passes.
### C. Governance/Human Resources – Commissioner Swift –
Commissioner Swift asked the board to review the Personnel Action chart. After reviewing the Personnel Action Chart and Leave of Absence Request, Commissioner Swift asked for a motion to approve the Personnel Action Chart.  Motion made by Commissioner Archie, Commissioner Cracknell seconded and the motion was unanimously carried.
### D. Strategic Planning – Commissioner Cracknell –
Commissioner Cracknell reported that they have a meeting next month and will go over in detail the Succession Plan that they received last meeting. The goal is to make some adjustments.
### E. Occupancy Reports –
Ms. Williams reported that they are down to 77 people on the waiting list for a one bedroom. The applicants that applied in November have been place in occupancy and the re-exams are completed on the housing side. Commissioner Swift asked why there are so many vacates for Wrobel Towers. Ms. Williams reported that she had a large list for Spallino Towers and Wrobel

Towers and many people take Spallino Towers because it is centrally located. She stated that she is working on Wrobel Towers.

## IV. CHAIRMAN'S REPORT

Chair Giancola reported that they had an excellent meeting with Linda Goodman from Beacon that was very informative. She stated that once she receives more information from Linda, she will bring it to the board.

## V. EXECUTIVE DIRECTOR'S REPORT

### A.) Approval of Write Off Accounts

Dr. Allen-Collins asked for a motion to approve Resolution 2025-13 to approve the write off accounts. Commissioner Swift stated that the rent collections are getting higher and asked if we need to do something else. Ms. Williams stated that we just had the holiday season and some people don't pay rent during that season. Also, the managers have been more focused on the re-exams, but will be back on track collecting rent this month. Dr. Allen-Collins stated that we need to streamline our process which will help collect rent. Attorney Hutchison reported from a legal perspective that from November-December we fall off with evictions and from January to March there are a lot more evictions. Some people are waiting for their tax returns to pay their rent.  Motion to approve Resolution 2025-13 was made by Commissioner Cracknell, seconded by Commissioner Swift. All in Favor, motion passes.

### B.) Approval of JBM Contract

Dr. Allen-Collins asked for a motion to approve Resolution 2025-14 approval JBM consulting services contract. Dr. Allen-Collins reported that structure is needed and JBM will be able to assist in rebuilding the structure. Her contract will be for six months with the Housing Authority. Commissioner Archie asked if we had the work that she did prior when she was here. Dr. Allen - Collins stated that we are paying her for consulting services and that the structure falls down when people leave. Commissioner Swift asked if she will be doing board training. Dr. Allen-Collins said if it is necessary. Dr. Allen-Collins stated that she will give a report to the Board of how she is helping her help the Housing Authority. Motion to approve Resolution 2025-14 was made by Commissioner Swift, seconded by Commissioner Todd. All in favor, motion passes.

### C.) Approval of Operating Budget

Dr. Allen-Collins asked for a motion to approve Resolution 2025-15 the operating budget. Motion to approve Resolution 2025-15 was made by Commissioner Archie, seconded by Commissioner Todd, all in favor. Motion passes.

### D.) Approval of Award of Contract to Armor Construction

Dr. Allen-Collins asked for a motion to approve Resolution 2025-16 award of contract to Armor Construction. Motion to approve Resolution 2025-16 was made by Commissioner Archie seconded by Commissioner Swift. All in favor, motion passes.

### E.) Approval of the Employee Handbook with Changes.

Dr. Allen-Collins asked for a motion to approve Resolution 2025-17 the Employee Handbook with changes. Dr. Allen-Collins invited Ms. Colangelo to speak on what she did to the handbook. Ms. Colangelo stated that she has been working on the handbook since October. She stated that the pages didn't match up with the amendments so she has been updating the pages, the memos from the lawyers and the changes. Motion to approve Resolution 2025-17 was made by Commissioner Cracknell, seconded by Commissioner Swift. All in favor, motion passes.

### F) Updates on Niagara Falls Housing Authority matters

Dr. Allen-Collins reported that she will be in HUD training on Thursday. She extended Kaylyn Townsend's contract for another year with us as our grant writer, who has been very instrumental in getting us grants. We sent out an RFP for Legal Services because we were told that we needed a transaction attorney for RAD. We were also told by Linda Goodman that we should have an Asset Manager to oversee the project. Dr. Allen-Collins stated that she is looking into a platform where she

can communicate with our residents more rapidly and she is still working on a solution with the AFSCME union and snow removal. Our annual Spring cleanup is scheduled for May 23rd.

**VI.     NFHA ATTORNEY REPORT-**
Attorney Hutchison reported that Commissioner Archie asked about Board positions and terms, and the most recent by laws was from May 2023 for 5 years. He stated that the eviction process is very forgiving to residents. In the past 3 months there has been minimal warrants for people to be removed. Some residents take the eviction process very seriously and will get caught up and there are resources that can help people who fall behind.

**VII.    UNFINISHED BUSINESS**
None

**VIII.   NEW BUSINESS**
Next meeting: Tuesday, April 8, 2025 3:00 pm – Administrative Office

Commissioner Todd made a motion to enter into Executive Session. Commissioner Swift seconded and the motion was unanimously carried.

Executive Session began at 3:52 pm
Executive Session ended at 4:28 pm

Commissioner Cracknell made a motion to return to regular session. Commissioner Todd seconded and the motion was unanimously carried. Regular session resumed.

**IX.     ADJOURNMENT**
Commissioner Swift made a motion to adjourn. Commissioner Todd seconded and the motion was unanimously carried.  The meeting adjourned at 4:29 pm.

_____
Secretary

The Board of Commissioners of the Niagara Falls Housing Authority (NFHA) met in a Monthly Board Meeting session on Tuesday, April 8, 2025 at 3:00 pm at 744 Tenth Street, Niagara Falls, NY. Chair Giancola called the meeting to order at 3:04 pm.

| Present: | Also Present: | Absent: |
|---|---|---|
| Mrs. Maralynn Giancola | Dr. Tomorrow Allen-Collins | Mr. Jim Swift |
| Mrs. Gloria Dolson | Mr. Brian Hutchison | Mr. Brian Archie |
| Mr. Gerald Cracknell | | |
| Mrs. Colleen Todd | | |

**At the Request of the Executive Director:** Jamie Allen, George Dreer, Gradycia Williams, Roger Lis

## I. MOMENT OF REFLECTION
Chair Giancola wanted to take this moment and thank Mrs. Colleen Todd for serving on the board for the past 5 years. We thank her and wish her good in the future.

## II. APPROVAL OF MINUTES FROM MEETINGS
On a motion made by Commissioner Cracknell, seconded by Commissioner Dolson and carried, the March 11, 2025 monthly meeting minutes of the Board of Commissioners was approved.

## III. COMMITTEE REPORTS/RECOMMENDATIONS
### A. Facilities & Residential Affairs/Senior Living/Community
Nothing to report. Commissioner Archie was absent from the meeting.
### B. Finance – Chair Giancola –
Mr. Dreer passed out the 2023 and 2024 balance sheet for Cornerstone. Mr. Lis stated that in 2023 we had an Audit and there was a loss of $700,000 and he is projecting a $577,000 loss for this year. Mr. Lis stated that all rents are posted and deposited, which we have never taken money out of, we have been using funds from the Business Activity Account, but we need that money for the RAD project. He stated that Ms. Williams is going to talk to Section 8 about increasing rents and he and Mr. Dreer will talk about the expenses. It was estimated that the cost for new roofs at Cornerstone is 1.1 million dollars. Mr. Lis stated that the Housing Authority itself is doing quite well and we are in a good financial position. Chair Giancola asked for a motion to approve the reports. Commissioner Todd made a motion, seconded by Commissioner Cracknell. All in favor, motion passes.
### C. Governance/Human Resources – Commissioner Swift –
Chair Giancola reported that they had a small meeting today. After reviewing the Personnel Action Chart and Leave of Absence Request, Chair Giancola asked for a motion to approve the Personnel Action Chart. Motion made by Commissioner Todd, Commissioner Cracknell seconded and the motion was unanimously carried.
### D. Strategic Planning – Commissioner Cracknell –
Commissioner Cracknell reported that they had a brief meeting today where they went over the Succession Plan and Dr. Allen-Collins' 90-day vison.
### E. Occupancy Reports –
Ms. Williams reported that she has sent 14 files to the sites, 5 to Wrobel Towers, 6 to Spallino Towers, 2 to Packard Court and 1 to Beloved. She has 60 active people on the waiting list for a one bedroom apartment and has 22 files in progress for this month.

## IV. CHAIRMAN'S REPORT
Chair Giancola started off by thanking Mrs. Todd for everything she has done. Chair Giancola reported that the May meeting will not be on May 13th, it will be on May 6th right after the annual

meeting. The annual meeting is on Tuesday, May 6th at 2:30 pm followed by the regular board meeting at 3:00 pm.

## V.    EXECUTIVE DIRECTOR'S REPORT

### A.) Approval of Lawn Service Contract
Dr. Allen-Collins asked for a motion to approve Resolution 2025-21 the lawn service contract. Motion to approve Resolution 2025-21 lawn service contract was made by Commissioner Dolson, seconded by Commissioner Cracknell. All in favor, motion passes.

### B.) Approval of Labor and Employment Legal Services
Dr. Allen-Collins asked for a motion to approve Resolution 2025-22 Labor and Employment Legal services to Hodgson Russ LLP. Motion to approve Resolution 2025-22 Labor and Employment Legal Services to Hodgson Russ LLP was made by Commissioner Todd, seconded by Commissioner Cracknell. All in favor, motion passes.

### C.) Approval of RAD Legal Services
Dr. Allen-Collins asked for a motion to approve Resolution 2025-23 RAD Legal Services to Kavinoky Cook LLP. Motion to approve Resolution 2025-23 Rad Legal Services to Kavinoky Cook LLP was made by Commissioner Cracknell, seconded by Commissioner Todd, all in favor. Motion passes.

### D) Updates on Niagara Falls Housing Authority matters
Dr. Allen-Collins reported that we are extending our contract with DCB Elevator Co. Inc. for elevator services at Spallino and Wrobel Towers. Dr. Allen-Collins stated that she has been preparing for a meeting with a potential investor for the RAD project. She was looking into software to better communicate with residents, but starting a new software during the RAD conversion is not ideal at this time so Mr. Dreer is looking into other ways to communicate with our residents. Dr. Allen-Collins stated that it was suggested by our attorney to get an engineering report for Cornerstone, which would be helpful to have to move forward.

## VI.    NFHA ATTORNEY REPORT-
Attorney Hutchison reported that evictions are going smoothly and he hopes the tenants show up and get assistance they need. Commissioner Dolson asked is there is a presentation we can offer to make residents pay their rent. Ms. Williams stated that counseling and workshops are offered to help residents pay their rent, but the participation is low.

## VII.    UNFINISHED BUSINESS
None

## VIII.    NEW BUSINESS
Annual meeting: Tuesday, May 6, 2025 2:30 pm-Administrative Office
Next meeting: Tuesday, May 6, 2025 3:00 pm – Administrative Office

Commissioner Todd made a motion to enter into Executive Session. Commissioner Dolson seconded and the motion was unanimously carried.

Executive Session began at 3:45 pm
Executive Session ended at 4:25 pm

Commissioner Todd made a motion to return to regular session. Commissioner Cracknell seconded and the motion was unanimously carried. Regular session resumed.

## IX.    ADJOURNMENT
Commissioner Dolson made a motion to adjourn. Commissioner Todd seconded and the motion was unanimously carried. The meeting adjourned at 4:29 pm.

Secretary

The Board of Commissioners of the Niagara Falls Housing Authority (NFHA) met in a Monthly Board Meeting session on Tuesday, May 6, 2025, at 3:00 pm at 744 Tenth Street, Niagara Falls, NY. Chair Giancola called the meeting to order at 3:00 pm.

| Present: | Also Present: | Absent: |
|---|---|---|
| Mrs. Maralynn Giancola | Dr. Tomorrow Allen-Collins | |
| Mrs. Gloria Dolson | Mr. Brian Hutchison | |
| Mr. Gerald Cracknell | | |
| Mr. Jim Swift | | |
| Mr. Brian Archie | | |
| **At the Request of the Executive Director:** Jamie Allen, George Dreer, Gradycia Williams | | |

## I.    MOMENT OF REFLECTION

Chair Giancola wanted to take this moment to remember a friend who passed away Larry Cook, former Board Chair who dedicated his life to the Housing Authority and Dr. Collins' stepfather in law, Thomas Melson, who also passed away. Chair Giancola asked for a moment of silence.

## II.    PHARMACY TECH STUDENTS CERTIFICATE PRESENTATION

Chair Giancola and Dr. Collins handed out certificates and stipends to two graduates who passed the Pharmacy Tech program.

## III.    APPROVAL OF MINUTES FROM MEETINGS

On a motion made by Commissioner Cracknell, seconded by Commissioner Swift and carried, April 8, 2025, monthly meeting minutes of the Board of Commissioners was approved.

## IV.    COMMITTEE REPORTS/RECOMMENDATIONS

**A. Facilities & Residential Affairs/Senior Living/Community**

Commissioner Archie stated that he would like to have a conversation with Dr. Collins regarding using lots for housing. He then asked if we were having Community Day this year. Dr. Collins stated that we are not having Community Day this year because of the RAD project. She stated that we need to focus internally and that the RAD project will take up a lot of time. Mr. Archie stated that outside people managed Community Day and there was a lot of fundraising done. Discussion ensued.

**B. Finance – Chair Giancola –**

Mr. Dreer reported that he does not have the financial reports yet, being that it is the last month of the fiscal year. He stated that there will be an update at the Finance meeting next week. Chair Giancola asked for a motion to table resolution 2025-25 approval of the finance reports until the next board meeting in June. Commissioner Swift made a motion, seconded by Commissioner Cracknell. All in favor, motion passes.

**C. Governance/Human Resources – Commissioner Swift –**

Commissioner Swift stated after reviewing the Personnel Action Chart and Leave of Absence Request regarding the onboarding and promotions there is no reason not to approve. Commissioner Swift asked for a motion to approve the Personnel Action Chart. Motion made by Commissioner Archie, Commissioner Cracknell seconded, and the motion was unanimously carried.

**D. Strategic Planning – Commissioner Cracknell –**

Commissioner Cracknell stated that there is nothing new to report.

**E. Occupancy Reports –**

Ms. Williams reported that eight people moved into Wrobel Towers out of the nine files that were sent over. There was one move in at Spallino Towers and four files went to Beloved Community. The occupancy department is currently working on eighteen files for this month. Spallino Towers

has four vacancies and Wrobel Towers has forty-three vacancies. Mr. Swift asked if there is anything that needs to be changed to help with the vacancies. Ms. Williams stated that we need to get more up to date using technology instead of paper.

V.    **CHAIRMAN'S REPORT**
Chair Giancola reported that she went to Larry's wake, and they requested donations for Sickel Cell Disease. Chair Giancola stated that she is willing to put it out from the Board and the Housing Authority. She stated that if anyone wants to participate, she will make the donation. Chair Giancola stated that Larry was a difference maker who will be missed. Chair Giancola stated that the Commissioners' self-evaluations are due today. Commissioner Swift will go over them, tabulate the responses and then they will be reviewed at the June meeting. Chair Giancola then passed out the ED evaluation for the Commissioners to complete and bring with them to the June meeting. These evaluations will then be shared with Dr. Collins.

VI.    **EXECUTIVE DIRECTOR'S REPORT**
**A.) Approval of applying for Section 18 for 60 units under a RAD/Section 18 blend at JG**
Dr. Allen-Collins asked for a motion to approve Resolution 2025-27 proposal to apply for Section 18 for sixty units at JG under RAD/Section 18 blend for conversion of Jordan Gardens. Motion to approve Resolution 2025-27 was made by Commissioner Archie, seconded by Commissioner Swift. All in favor, motion passes.
**B.) Updates on Niagara Falls Housing Authority matters**
Dr. Allen-Collins reported that we had our big meeting yesterday and it went well. She stated that we are still figuring out who will be our Asset Manager, Roger Lis is in line for it. Dr. Collins stated that we are making sure we are moving forward efficiently, and we are making sure the key people are in place. Dr. Collins stated that the board retreat would be better in July since we are closing on RAD in September/October and she can have Linda Goodman come and speak to the Commissioners. Dr. Collins stated that we received eight applicants for our scholarships, and they are due back May 13th from the committee. Spring Cleanup is on May 23rd starting at 8:00 am. Dr. Collins stated that she spoke with HUD regarding our procurement policy and she was told that we do not have to share with the Board when we spend a certain amount. Dr. Collins stated that we will continue to get Board approval for contracts and for when we spend a certain amount because the Board needs to be informed of how much we are spending.

VII.    **NFHA ATTORNEY REPORT-**
Attorney Hutchison reported that at the meeting with M&T and Redstone everything was explained in great detail regarding what the process is that we will be going through. He stated that it sounds like we are ahead of deadlines. Documents will be combined and more uniform which will help us only dealing with one agency. Attorney Hutchison reiterated that sending residents to court is not a punishment, as they get help with paying rent, and we are seeing positive results.

VIII.    **UNFINISHED BUSINESS**
None

IX.    **NEW BUSINESS**
Next meeting: Tuesday, June 10, 2025, 3:00 pm – Administrative Office

Commissioner Cracknell made a motion to enter Executive Session. Commissioner Archie seconded, and the motion was unanimously carried.

Executive Session began at 3:35 pm
Executive Session ended at 3:52 pm

Commissioner Archie made a motion to return to regular session. Commissioner Cracknell seconded and the motion was unanimously carried. Regular session resumed.

## X.    ADJOURNMENT

Commissioner Archie made a motion to adjourn. Commissioner Cracknell seconded, and the motion was unanimously carried. The meeting adjourned at 3:59 pm.

_____
                Secretary

The Board of Commissioners of the Niagara Falls Housing Authority (NFHA) met in a Monthly Board Meeting session on Tuesday, June 10, 2025, at 3:00 pm at 744 Tenth Street, Niagara Falls, NY. Chair Giancola called the meeting to order at 3:05 pm.

| **Present:** | **Also Present:** | **Absent:** |
|---|---|---|
| Mrs. Maralynn Giancola | Mr. Brian Hutchison | Dr. Tomorrow Allen-Collins |
| Mr. Gerald Cracknell | | Mrs. Gloria Dolson |
| Mr. Jim Swift | | |
| Mr. Brian Archie | | |
| Mrs. Colleen Todd | | |

**At the Request of the Executive Director:** Jamie Allen, George Dreer, Roger Lis, Gradycia Williams, Andy Skavinsky

## I.    MOMENT OF REFLECTION
Chair Giancola wanted to take this moment to ask for safety and peace in Los Angeles and in our country. This is the last board meeting for the summer, and she hopes that all the Commissioners have a happy and restful summer.

## II.    PRESENTATION FROM KAVINOKY COOK LLP
Larry Rubin from Kavinoky Cook LLP gave a presentation on the Jordan Gardens redevelopment. A power point was handed out.

## III.    APPROVAL OF MINUTES FROM MEETINGS
On a motion made by Commissioner Cracknell, seconded by Commissioner Swift and carried, May 6, 2025, monthly meeting minutes and the annual meeting minutes of the Board of Commissioners were approved.

## IV.    COMMITTEE REPORTS/RECOMMENDATIONS
### A. Facilities & Residential Affairs/Senior Living/Community
Commissioner Archie stated that he had nothing to report, just a reminder that there is a health fair at Center Court on June 28th from 11:00 am-2:00 pm.
### B. Finance – Chair Giancola –
Mr. Lis reported that they are working on March year end and getting everything ready for the Audit. Chair Giancola asked for a motion to table resolution 2025-29 approval of the finance reports until the next board meeting in September. Commissioner Archie made a motion, seconded by Commissioner Cracknell. All in favor, motion passes.
### C. Governance/Human Resources – Commissioner Swift –
Commissioner Swift stated that there was no meeting and everything is in line with the policies and procedures. Commissioner Swift asked for a motion to approve the Personnel Action Chart. Motion made by Commissioner Archie, Commissioner Todd seconded, and the motion was unanimously carried.
### D. Strategic Planning – Commissioner Cracknell –
Commissioner Cracknell reported that their meeting has been rescheduled to June 24th.
### E. Occupancy Reports –
Ms. Williams reported that the sitewide occupancy is 91%. The Occupancy Department has training tomorrow, and she is working on getting JG units in Mod status and offline. Commissioner Archie asked about the fire at WT. Ms. Williams stated that a resident was heating up grease and left her apartment to go outside. Neighbors smelled smoke and called down to security. The security guard put the fire out with a fire extinguisher. This was a health and safety issue in the high-rise, so the resident was evicted.

Chair Giancola reported that she donated to the Sickel Cell Anemia foundation in honor of Larry Cook. Chair Giancola then passed out the results of the Commissioners' self-evaluations and stated if there were any questions to email her or Jamie and that she would go over them at the July Board retreat.

## VI. EXECUTIVE DIRECTOR'S REPORT

### A.) Approval to terminate Scapes Contract

Chair Giancola asked for a motion to approve Resolution 2025-31 termination of Scapes Lawn Service Contract and to give the contract to Schlaak Enterprises. Motion to approve Resolution 2025-31 was made by Commissioner Archie, seconded by Commissioner Swift. All in favor, motion passes.

### B.) Approval of Write Off Accounts

Chair Giancola asked for a motion to approve Resolution No. 2025-32 the write-off accounts. Motion to approve Resolution No. 2025-32 was made by Commissioner Todd, seconded by Commissioner Swift. All in favor, motion passes.

### C. Updates on the Niagara Falls Housing Authority Matters

Chair Giancola reported that the roof replacement at Spallino Towers is moving slowly and that Ken Killian, Superintendent, has a schedule lined up for summer to get the work completed. Andy Skavinsky, Director of Maintenance and Modernization, stated that the Maintenance Department can remove the cell equipment from the roof to save the Housing Authority money. Chair Giancola then reported that Mikkel Howard received the Doris Jones $1,000 scholarship, Rachael Maglio received the Nathaniel Smith $1,000 scholarship and Chavonne Ray received the NFHA Adult Education $850 scholarship.

## VII. NFHA ATTORNEY REPORT-

Attorney Hutchison stated that it would be beneficial for the Housing Authority to take over the Beloved Community.

## VIII. UNFINISHED BUSINESS

Chair Giancola asked for a motion to approve Resolution No. 2025-25 that was previously tabled. Motion made by Commissioner Archie, seconded by Commissioner Swift. All in favor, motion passes.

## IX. NEW BUSINESS

Chair Giancola asked for a motion to add resolution No 2025-33 to the agenda as amended. Motion made by Commissioner Swift, seconded by Commissioner Cracknell. All in favor. Motion passes. Chair Giancola asked for a motion to Approve Resolution 2025-33 as amended. Motion made by Commissioner Archie, seconded by Commissioner Cracknell. All in favor. Motion passed.

Board Retreat: Tuesday, July 8, 2025, 9:00 am- Administrative Office
Next meeting: Tuesday, September 9, 2025, 3:00 pm – Administrative Office

## X. ADJOURNMENT

Chair Giancola made a motion to adjourn. Motion was unanimously carried. The meeting adjourned at 4:17 pm.

_____
Secretary

The Board of Commissioners of the Niagara Falls Housing Authority (NFHA) met in a Monthly Board Meeting session on Tuesday, September 16, 2025, at 2:00 pm at 744 Tenth Street, Niagara Falls, NY. Chair Giancola called the meeting to order at 2:00 pm.

| Present: | Also Present: | Absent: |
|---|---|---|
| Mrs. Maralynn Giancola | Dr. Tomorrow Allen-Collins | |
| Mr. Gerald Cracknell | Mr. Brian Hutchison | |
| Mr. Brian Archie | | |
| Mrs. Colleen Todd | | |

**At the Request of the Executive Director:**   Jamie Allen, George Dreer, Roger Lis,

## I.    MOMENT OF REFLECTION

Chair Giancola's moment of reflection is for good health for ourselves, family and loved ones. She asked for a moment of silence.

## II.    APPROVAL OF MINUTES FROM MEETINGS

On a motion made by Commissioner Todd, seconded by Commissioner Cracknell  and carried, June 10, 2025, monthly meeting minutes of the Board of Commissioners were approved. On a motion made by Commissioner Cracknell, seconded by Commissioner Todd and carried, July 8, 2025, Special meeting minutes of the Board of Commissioners were approved.

## III.    COMMITTEE REPORTS/RECOMMENDATIONS

A. **Facilities & Residential Affairs/Senior Living/Community**
   Chair Giancola stated that there was no meeting.

B. **Finance – Chair Giancola –**
   Mr. Dreer reported that the finances are well. Mr. Lis stated that as of July, the monthly reports look good. Mr. Lis handed out an organizational chart with pre-completion and post-completion for Jordan Gardens. He stated that we are dealing with the pre-completion chart now and that it has all the companies the Attorneys are putting together for us. These companies are owned by the Housing Authority, and all the companies have been formed. We are waiting for closing in October. Chair Giancola asked for a motion to approve resolution 2025-39 approval of the finance reports for May, June, and July. Commissioner Cracknell made a motion, seconded by Commissioner Todd. All in favor, motion passes.

C. **Governance/Human Resources –**
   Chair Giancola stated that there is not much to report. Chair Giancola asked for a motion to approve the Personnel Action Chart. Motion made by Commissioner Archie, Commissioner Cracknell seconded, and the motion was unanimously carried.

D. **Strategic Planning – Commissioner Cracknell –**
   Commissioner Cracknell reported that they met last week and discussed structural changes with HR and outsourcing the function.

E. **Occupancy Reports –**
   Dr. Collins reported that occupancy rate is up to 92%. There are twenty-one vacant units at WT, five of which are for Jordan Gardens residents that are relocating. She stated that we are trying to keep residents in-house for the relocation as much as possible.

## IV.    CHAIRMAN'S REPORT

Chair Giancola stated that we will be re-arranging the subcommittees and that the new members will take their oath of office hopefully by October 1st so we will have a full board at our next meeting.

## V.    EXECUTIVE DIRECTOR'S REPORT

### A.) Approval of Write-Off Accounts

Dr. Collins asked for a motion to approve Resolution No. 2025-41 approval of the Write Off Accounts. Motion to approve Resolution 2025-41to approve the write -off accounts was made by Commissioner Cracknell, seconded by Commissioner Archie. All in favor, motion passes.

### B.) Approval of Tenant Election

Dr. Collins asked for a motion to approve Resolution No. 2025-42 approval of the Tenant election. Dr. Collins stated that she met Sara Rivera a couple of weeks ago and she is interested in serving on the Board. Dr. Collins shared that in the meeting, Ms. Rivera was informed about the specific requirements to be a NFHA board member and the Tower (both ST and WT) representation that the role entails Motion to approve Resolution No. 2025-42 was made by Commissioner Archie, seconded by Commissioner Cracknell. All in favor, motion passes.

### C.) Approval of Security Services Contract

Dr. Collins asked for a motion to approve Resolution No. 2025-43 approval of Security Services Contract to Elite Protection of NY. Motion to approve Resolution No. 2025-43 was approved by Commissioner Cracknell and seconded by Commissioner Todd. All in favor. Motion passes.

### D). Approval of JBM revised Contract

Dr. Collins asked for a motion to approve Resolution No. 2025-44 JBM's revised contract to continue with her as an HR consultant. JBM will be used on a as needed basis. Dr. Collins is requesting the extension of her services and adjusted hours. Commissioner Archie asked what's the difference between what Patti Barone does and what JBM does. He stated that he would be comfortable capping her off at 20 hours per month. The board agreed to modify the language of her contract to a minimum of 10 hours per month and not to exceed 20 hours per month. A motion to approve Resolution No. 2025-44 with necessary changes to be made was made by Commissioner Todd, seconded by Commissioner Cracknell. All in favor. Motion passes.

### E.) Updates on Niagara Falls Housing Authority Matters

Dr. Collins reported that her updates will be presented in Executive Session.

## VI.    NFHA ATTORNEY REPORT-

Attorney Hutchison reported that RAD is moving along even though he's not intricately involved.

## VII.    UNFINISHED BUSINESS

Chair Giancola asked for a motion to approved Resolution 2025-29 that was previously tabled. Motion made by Commissioner Archie, seconded by Commissioner Todd. All in favor, motion passes.

## VIII.    NEW BUSINESS

Next meeting: *Tuesday, October 14, 2025, 3:00 pm – Administrative Office*

Commissioner Archie made a motion to enter Executive session. Commissioner Todd seconded and the motion was unanimously carried.

Executive Session began at 2:45 pm
Executive Session ended at 3:03 pm

Commissioner Archie made a motion to return to regular session. Commissioner Todd seconded and the motion was unanimously carried. Regular session resumed.

## IX.   ADJOURNMENT

Commissioner Archie made a motion to adjourn. Commissioner Cracknell seconded. Motion was unanimously carried. The meeting adjourned at 3:05 pm.

Secretary

The Board of Commissioners of the Niagara Falls Housing Authority (NFHA) met in a Monthly Board Meeting session on Tuesday, October 14, 2025, at 3:00 pm at 744 Tenth Street, Niagara Falls, NY. Chair Giancola called the meeting to order at 3:01 pm.

| Present: | Also Present: | Absent: |
|---|---|---|
| Mrs. Maralynn Giancola | Dr. Tomorrow Allen-Collins | Mr. Brian Archie |
| Mr. Gerald Cracknell | Mr. Santino Cafarella | Mr. Brian Hutchison |
| Mrs. Colleen Todd | | |
| Sister Beth Brosmer | | |
| Ms. Markasia McCreary | | |
| Ms. Sara Rivera | | |

**At the Request of the Executive Director:**  Jamie Allen, George Dreer, Gradycia Williams,

## I.    MOMENT OF REFLECTION

Chair Giancola welcomed our three new board members, Sister Beth Brosmer, Markasia McCreary, and Sara Rivera. Chair Giancola stated how thrilled we are to have them and to have a full board. Chair Giancola reflected on the upcoming conversion at JG and for good health to us all.

## II.    APPROVAL OF MINUTES FROM MEETINGS

On a motion made by Commissioner Todd, seconded by Commissioner McCreary and carried, September 16, 2025, monthly meeting minutes of the Board of Commissioners was approved. Abstain: Commissioner Brosmer

## III.    COMMITTEE REPORTS/RECOMMENDATIONS

### A.  Facilities & Residential Affairs/Senior Living/Community

Dr. Collins reported that there was no meeting because we were waiting until we had a full board to assign people appropriately.

### B.  Finance – Chair Giancola –

Mr. Dreer reported that the finances look good. The Government shut down will not affect us until next fiscal year. We still have capital funds from 2024, and we can draw down from subsidies. The interest rates on our CD's dropped from 5.7% to 2.9%. The water leak at Cornerstone has been fixed, but the back pressure was released, and we had a $92,000 bill. Commissioner Brosmer asked if each expenditure is approved when using the credit card. Dr. Collins stated that both her and Mr. Dreer approve of them. Chair Giancola asked for a motion to approve resolution 2025-46 approval of the finance reports for August. Commissioner Brosmer made a motion, seconded by Commissioner Rivera. All in favor, motion passes.

### C.  Governance/Human Resources –

Chair Giancola asked for a motion to approve Resolution No. 2025-47 the Personnel Action Chart. Motion made by Commissioner McCreary, Commissioner Cracknell seconded, and the motion was unanimously carried.

### D.  Strategic Planning – Commissioner Cracknell –

Commissioner Cracknell reported that they did not meet.

### E.  Occupancy Reports –

Ms. Williams reported that occupancy rate is up to 93% and moving up. Wrobel Towers has twelve vacancies, and six units will be used for the JG relocation project.

## IV.    CHAIRMAN'S REPORT

Chair Giancola stated that as time goes on, we will get to know each other better. We always start the meetings on time, and we welcome questions and comments. Chair Giancola stated that we have to elect a Vice Chair, and she will be sending over information on our subcommittees.

## V.    EXECUTIVE DIRECTOR'S REPORT

**A.) Approval of Signing Documents for the JG Closing**

Mr. Larry Rubin from Kavinoky Cook stated that the board must adopt a transaction resolution authorizing all loans, leases, and documents along with having Chair Giancola, Dr. Collins and Mr. Dreer sign a unanimous written consent. Chair Giancola asked for a motion to approved Resolution No. 2025-48 to adopt a transaction resolution. Motion to approved Resolution 2025-48 was made by Commissioner Cracknell, seconded by Commissioner Todd. All in favor as is. Motion passes.

**B.) Approval of Consideration of Temporary Executive Administrative Arrangements**

Dr. Collins stated that approval of Resolution No. 2025-49 approval of consideration of temporary executive administrative arrangements will be discussed in executive session. Motion to approve Resolution No. 2025-49 was made by Commissioner McCreary, seconded by Commissioner Todd. All in favor, motion passes.

**C.) Updates on Niagara Falls Housing Authority Matters**

Dr. Collins reported that we had our Resident Advisory Board meeting on 9/30 and our Comprehensive Agency Plan meeting on 10/8. We had representatives from ST, WT and PC for both meetings, where they were able to discuss their wish list of what they would like to see inside and outside of their buildings. Dr. Collins reported that we are pursuing the Ross Grant again and we partnered with Tandem to help us apply for this grant. Dr. Collins will be attending a webinar regarding the Government shutdown next week. Dr. Collins reported that Mount. St. Mary's has been inquiring about adding twenty-five more parking spaces at the FRB because they have inadequate space during the day. Their goal is to decongest the parking lot, and they will pay the Housing Authority to use these parking spots.

## VI.    NFHA ATTORNEY REPORT-

Attorney Santino Cafarella reported that he has four evictions at WT and five active court cases, three for JG and two for PC. Ms. Williams reported that we work with residents with their rent. We give them three months, but if there is no communication with them, the managers then reach out to our attorney.

## VII.    UNFINISHED BUSINESS

Nothing to report.

## VIII.    NEW BUSINESS

Next meeting: *Tuesday, November 18, 2025, 3:00 pm – Administrative Office*

Public Hearing Meeting: *Friday, November 21, 2025, 4:00 pm-Family Resource Building*

Commissioner Brosmer made a motion to enter Executive session. Commissioner Cracknell seconded, and the motion was unanimously carried.

<div align="center">

Executive Session began at 4:23 pm

Executive Session ended at 4:36 pm

</div>

Commissioner Todd made a motion to return to regular session. Commissioner Rivera seconded and the motion was unanimously carried. Regular session resumed.

## IX.    ADJOURNMENT

Commissioner Todd made a motion to adjourn. Commissioner Brosmer seconded. Motion was unanimously carried. The meeting adjourned at 4:40 pm.

_____
Secretary

The Board of Commissioners of the Niagara Falls Housing Authority (NFHA) met in a Monthly Board Meeting session on Tuesday, November 18, 2025, at 3:00 pm at 744 Tenth Street, Niagara Falls, NY. Chair Giancola called the meeting to order at 3:00 pm.

| Present: | Also Present: | Absent: |
|---|---|---|
| Mrs. Maralynn Giancola | Mr. Brian Hutchison | Ms. Markasia McCreary |
| Mr. Gerald Cracknell | | Dr. Tomorrow Allen-Collins |
| Mrs. Colleen Todd | | |
| Sister Beth Brosmer | | |
| Mr. Brian Archie | | |
| Ms. Sara Rivera | | |

**At the Request of the Executive Director:**   Jamie Allen, George Dreer, Gradycia Williams

## I.    MOMENT OF REFLECTION

Chair Giancola wanted to take a moment to remember George Dreer's father who passed away and wish everyone a blessed Thanksgiving. She asked for a moment of silence.

## II.    APPROVAL OF MINUTES FROM MEETING

On a motion made by Commissioner Brosmer, seconded by Commissioner Todd and carried, October 14, 2025, monthly meeting minutes of the Board of Commissioners was approved.

## III.    COMMITTEE REPORTS/RECOMMENDATIONS

### A.  Facilities & Residential Affairs/Senior Living/Community

Commissioner Archie reported some safety concerns at Center Court. Discussion ensued.

### B.  Finance – Chair Giancola –

Mr. Dreer reported that the finances are doing well. The wages are higher than anticipated due to the new software with iSolve. The coding was wrong for September for Maintenance and Administration. Chair Giancola asked for a motion to approve resolution 2025-51 approval of the finance reports for September. Commissioner Archie made a motion, seconded by Commissioner Cracknell. All in favor, motion passes.

### C.  Governance/Human Resources –

Chair Giancola asked for a motion to approve Resolution No. 2025-52 the Personnel Action Chart. Motion to table Resolution 2025-52 due to clarification  was made by Commissioner Todd, Commissioner Brosmer seconded, and the motion was unanimously carried.

### D.  Strategic Planning – Commissioner Cracknell –

Commissioner Cracknell reported that they did not meet.

### E.  Occupancy Reports –

Ms. Williams reported that the occupancy rate is 94%. Last week Wrobel Towers had twenty-two vacancies, and as of today, they only have fifteen vacancies. Commissioner Rivera asked about new residents moving into the building and discussion ensued.

## IV.    CHAIRMAN'S REPORT

Chair Giancola reported that the Public Hearing is on Friday, November 21st at the FRB at 4:00 pm. She asked the Board to review the subcommittees and to let her know what committee they prefer to be on. The Subcommittees will start in the new year. The Board has to complete their Sexual Harassment training, which will be done online from Alcott. The Commissioners' Christmas dinner will be right after the December board meeting on December 9th and on December 12th, there will be an Employee Empowerment brunch at Antonios for staff. Chair Giancola also reminded the board that they need to send in  a picture and their bio for the NFHA website. Upcoming events include a Thanksgiving Dinner at the PCCC on November 20th from 4:30 pm-6:00 pm for the students and

their families and Owen Steed's Annual Community Thanksgiving Dinner will be at the FRB on November 24th from 5:00 pm-8:00 pm.

## V.       EXECUTIVE DIRECTOR'S REPORT
### A.) Updates on Niagara Falls Housing Authority Matters
Mr. Dreer reported that they were looking at the old Renaissance Building to use as a maintenance shop for when the Jordan Gardens' maintenance shop gets knocked down. That will not work, so we will transfer money in the capital funds and purchase a prefabricated garage. After RAD is completed, the garage will be used at Cornerstone.

## VI.      NFHA ATTORNEY REPORT-
Attorney Hutchison reported that RAD is closed and fully funded. He has a compensation issue and an employment related matter that needs to be discussed in Executive Session.

## VII.     UNFINISHED BUSINESS
Nothing to report.

## VIII.    NEW BUSINESS
Next meeting: *Tuesday, December 9, 2025, 3:00 pm – Administrative Office*

Commissioner Archie made a motion to enter Executive session. Commissioner Todd seconded, and the motion was unanimously carried.

<div align="center">
Executive Session began at 4:03 pm<br>
Executive Session ended at 4:40 pm
</div>

Commissioner Todd made a motion to return to regular session. Commissioner Brosmer seconded and the motion was unanimously carried. Regular session resumed.

## IX.      ADJOURNMENT
Commissioner Rivera made a motion to adjourn. Commissioner Archie seconded. Motion was unanimously carried. The meeting adjourned at 4:41 pm.

Secretary

The Board of Commissioners of the Niagara Falls Housing Authority (NFHA) met in a Monthly Board Meeting session on Tuesday, November 12, 2024 at 3:30 pm at 744 Tenth Street, Niagara Falls, NY. Chair Giancola called the meeting to order at 3:30 pm.

| Present: | Also Present: | Absent: |
|---|---|---|
| Mrs. Maralynn Giancola | Ms. Angela Smith | |
| Mrs. Gloria Dolson | Mr. Jason Cafarella | |
| Mr. James Swift | | |
| Mr. Gerald Cracknell | | |
| Mrs. Colleen Todd | | |
| Mr. Brian Archie | | |

**At the Request of the Interim Executive Director:** Jamie Allen, George Dreer, Brian Hutchison, Santino Cafarella

## I.    MOMENT OF REFLECTION

Chair Giancola asked for a moment of silence for the Means family, who were tenants of ours, that passed away along with Jim Faso, Darryl Richardson, Angela Smith's daughter's father, Aretha Lane's mother and Steven Rivers' brother.   Attorney Cafarella reported that his time at the Housing Authority is coming to an end and he is stepping down on November 25th. Brian Hutchison, who has a lot of background in different organizations will step in his place temporarily.

## II.    APPROVAL OF MINUTES FROM MEETINGS

On a motion made by Commissioner Swift, seconded by Commissioner Todd and carried, the October 8, 2024, monthly meeting minutes of the Board of Commissioners was approved.

## III.    COMMITTEE REPORTS/RECOMMENDATIONS

A. **Facilities & Residential Affairs/Senior Living/Community**
Committee did not meet today.

B. **Finance – Chair Giancola –**
Chair Giancola reported that the Finance committee met with George Dreer and Roger Lis today. Chair Giancola asked for a motion to approve the report Commissioner Cracknell made a motion, Commissioner Archie seconded and the motion was unanimously carried.

C. **Governance/Human Resources – Commissioner Swift –**
After reviewing the Personnel Action Chart and Leave of Absence Request, Commissioner Swift asked for a motion to approve the Personnel Action Chart.  Motion made by Chair Giancola, Commissioner Dolson seconded and the motion was unanimously carried.

D. **Strategic Planning – Commissioner Cracknell –**
Committee did not meet today.

E. **Occupancy Reports –**
Ms. Smith reported that we are working diligently to get the numbers up and she gets reports of files they are working on.  HUD receives a monthly report.

## IV.    CHAIRMAN'S REPORT

Chair Giancola reported that she is calling for a special meeting on November 19th at 1:00 pm to interview 3 candidates for the Executive Director. Attorney Cafarella stated that two resolutions will also be presented and we will go into executive session to start the process. Chair Giancola then reminded everyone that the board retreat is tonight at 5:00 pm and stated that next month we would like to hold a Christmas dinner after the meeting.

**V.    INTERIM EXECUTIVE DIRECTOR'S REPORT**

**A)  Approval of a new compressor for the A/C unit at WT for the rec room**

Ms. Smith asked for a motion to approve Resolution 2024-66 approval of a new compressor for the A/C unit at WT for the rec room. Motion to approve Resolution No. 2024-66 was made by Commissioner Dolson and seconded by Commissioner Todd, motion was unanimously carried.

**B.) Approval of Unity Park Audit**

Ms. Smith asked for a motion to approve Resolution 2024-67 approval of Unity Park Audit. Motion to approve Resolution 2024-67 was made by Commissioner Dolson and seconded by Commissioner Todd, motion was unanimously carried.

**C.) Approval of the Employee Handbook Updates**

Ms. Smith asked for a motion to approve Resolution 2024-68 approval of the Employee Handbook updates. Ms. Smith reported that we sent the Employee Handbook to our Attorneys to update it and the Attorneys recommend the changes.  Commissioner Swift stated that he feels like there is some stuff that needs to be looked over. Motion to table the vote was made by Commissioner Swift, seconded by Commissioner Archie. Commissioner Swift will highlight wording and what isn't clear and the committee will  go through the handbook. Ms. Smith reported that he policy was written prior; HR and staff wrote the policy. Ms. Smith stated that the lawyers will have to be there to explain what the changes are. Commissioner Todd thinks the board should look it over, Commissioner Dolson states it is unclear and Commissioner Cracknell doesn't mind looking at it. Commissioner Archie states they should look it over and ask HR to get clarification before they call the Attorneys. Resolution 2024-68 has been tabled to go to the committee for further review.

**D.) Approval of Job Positions**

Ms. Smith asked for approval of Resolution 2024-69 approval of job positions for Administrative Assistant-Housing Programs and Director of Housing Programs. Motion to approve Resolution 2024-69 was made by Commissioner Swift and seconded by Commissioner Cracknell, all in favor.

**E.) Updates on Niagara Falls Housing Authority matters**

Ms. Smith reported that there is a job fair tomorrow with over 30 employers. We are looking into purchasing another truck. The legal bids are being reviewed and there will be a decision by the end of the week. NPIRE is all done. The Thanksgiving feast is postponed until next year and our resident Christmas party will be at the Double Tree. FRB will have security when the kids are there. There was training with the legal team and staff on how to handle grievances and union matters. Wrobel Towers public work is still going on and HUD is making a site visit next week to JG on 11/20.

**NFHA ATTORNEY REPORT-**

Attorney Cafarella reported that he has a late resolution that he would like the board to consider. The Attorney that the HA hired for Unity Park/Cornerstone said it was going to be done by June and it is still not done. The former Executive Directors' name has to be removed and has to be updated with Angela Smith's name. The next step would be to have the transaction done. Motion asking to approve a late resolution, Resolution 2024-70 was made by Commissioner Swift and seconded by Commissioner Todd, all in favor, unanimously carried. Motion to approve Resolution 2024-71 Unity Park/Cornerstone Village ownership and management agreement was made by Commissioner Archie and seconded by Commissioner Dolson. All in favor, motion passes. Attorney Cafarella reported that he has one item for executive Session and for a legal update, it is just standard Landlord tenant issues.

**VI.    UNFINISHED BUSINESS**

None

**VII. NEW BUSINESS**

Commissioner Archie reported that Catholic Health is requesting 40-50 parking spots at the FRB. Ms. Smith will talk to our insurance company and Attorney Cafarella will engage in a conversation with them.

Next meeting: Tuesday, December 10, 2024, 3:30 pm – Administrative Office

Commissioner Dolson made a motion to enter into Executive Session to discuss personnel matters for ED interviews. Commissioner Swift seconded and the motion was unanimously carried. Permitted to stay for Executive Session was Santino Cafarella and Brian Hutchison

Executive Session began at 4:19 pm
Executive Session ended at 5:08 pm

Commissioner Swift made a motion to return to regular Session. Commissioner Todd seconded and the motion was unanimously carried. Regular Session resumed.

**VIII. ADJOURNMENT**

Commissioner Cracknell made a motion to adjourn. Commissioner Todd seconded and the motion was unanimously carried.  The meeting adjourned at 5:10 pm.

_____
Secretary

The Board of Commissioners of the Niagara Falls Housing Authority (NFHA) met in a Monthly Board Meeting session on Tuesday, December 10, 2024 at 3:30 pm at 744 Tenth Street, Niagara Falls, NY. Chair Giancola called the meeting to order at 3:33 pm.

| Present: | Also Present: | Absent: |
|---|---|---|
| Mrs. Maralynn Giancola | Ms. Angela Smith | |
| Mrs. Gloria Dolson | Mr. Brian Hutchison | |
| Mr. James Swift | | |
| Mr. Gerald Cracknell | | |
| Mrs. Colleen Todd | | |
| Mr. Brian Archie | | |

**At the Request of the Interim Executive Director:**  Jamie Allen, George Dreer

## I.  MOMENT OF REFLECTION
Chair Giancola asked for thoughts and prayers for Hershel and Barbara Richardson, extended family of Angela Smith and for Eric Fields' family. Chair Giancola asked for a moment of silence.

## II.  PHARMACY TECH STUDENTS CERTIFICATION PRESENTATION
Six students from the Fall Pharmacy Tech Program were given certificates and stipends for completing the class.

## III.  APPROVAL OF MINUTES FROM MEETINGS
On a motion made by Commissioner Swift, seconded by Commissioner Todd and carried, the November 12, 2024 monthly meeting minutes of the Board of Commissioners was approved.

On a motion made by Commissioner Todd, seconded by Commissioner Cracknell and carried, the November 19, 2024 special meeting minutes of the Board of Commissioners was approved.

## IV.  COMMITTEE REPORTS/RECOMMENDATIONS
### A. Facilities & Residential Affairs/Senior Living/Community
Commissioner Archie reported that he is trying to get a meeting with Beacon because tenants want a council and they want to know their rights. He stated that he is trying to find opportunities for new housing with all the vacant lots. He stated Beacon is looking to help, but further conversation is needed. He discussed the occupancy issues with residency for men who are homeless and how we advocate to HUD for housing. Ms. Smith responded that unfortunately there is no budging with HUD on placement in occupancy. She stated that she has had several meetings and one on one conversations regarding our waitlist and emergency housing and we must follow the procedures to not skip over applicants to avoid a law suit. Commissioner Dolson asked how do we advertise our housing? Ms. Smith responded with social media, our website and we put ads in journals, etc. Further conversation ensued.

### B. Finance – Chair Giancola –
Mr. Dreer reported that not much has changed with the finances. Capital Fund 2022 is almost done, he is starting 2023 finances and 2024 is waiting for approval by HUD. Ms. Smith stated that we are applying for CDBG and it is due by the end of the month.
Chair Giancola asked for a motion to approve the reports. Commissioner Archie made a motion, Commissioner Swift seconded and the motion was unanimously carried.
Chair Giancola asked for a motion to approve Resolution No. 2024-78 approval of Civil Service reimbursement. Civil Service wants us to pay the staff that administer the tests. The Schoolboard and Waterboard were both asked and both approved it. The estimated total for 2025 would be $4300. Resolution No. 2024-78 has been tabled for further review.

### C. Governance/Human Resources – Commissioner Swift –

After reviewing the Personnel Action Chart and Leave of Absence Request, Commissioner Swift asked for a motion to approve the Personnel Action Chart. Motion made by Commissioner Todd, Commissioner Cracknell seconded and the motion was unanimously carried.

Motion to recall tabled Resolution No. 2024-68 for the Employee handbook changes. Motion made by Commissioner Cracknell, seconded by Commissioner Archie. Motion passed. Motion to approve Resolution No. 2024-68 for the Employee Handbook changes made by Commissioner Cracknell, seconded by Commissioner Dolson. Motion passed.

Motion to approve Resolution No. 2024-80 approval of Director salary and contract terms made by Commissioner Dolson, seconded by Commissioner Cracknell. All in favor, motion unanimously carried.

**D. Strategic Planning – Commissioner Cracknell –**
Commissioner Cracknell reported that all maintenance repairs are being done on site. ST and WT will receive a facelift with window treatments and new paint in the rec room to bring it up to date. RAD conversion is scheduled for June 2025 and we are on target with that. The IT bids are out and Ms. Smith reported that we have received a lot of traction at least 8-10 bids, a lot of them are outside of the area. We have been with our current provider for over 20 years.

**E. Occupancy Reports –**
No updates.

**V.  CHAIRMAN'S REPORT**
Nothing to report.

**VI.  INTERIM EXECUTIVE DIRECTOR'S REPORT**
**A) Approval of Write off Accounts**
Ms. Smith asked for a motion to approve Resolution 2024-81 approval of write off accounts for ST, WT, PC and JG. Motion to approve Resolution No. 2024-81 was made by Commissioner Swift and seconded by Commissioner Cracknell, motion was unanimously carried.

**B.) Approval of taking units offline for RAD at JG**
Ms. Smith asked for a motion to approve Resolution 2024-82 approval of taking units off line for RAD at Jordan Gardens for tenant relocation during remodel. Motion to approve Resolution 2024-82 was made by Commissioner Dolson and seconded by Commissioner Swift, motion was unanimously carried.

**C.) Approval of RAD Application**
Ms. Smith asked for a motion to approve Resolution No. 2024-83 approval of Rental Assistance Demonstration Application to HUD. Motion to approve Resolution No. 2024-83 was made by Commissioner Todd, seconded by Commissioner Cracknell, motion was unanimously carried.

**D.) Approval of Recommendation for award for Legal Services**
Ms. Smith asked for a motion to approve Resolution 2024-84 approval of the recommendation for award of Legal Services. Motion to approve Resolution No. 2024-84 was made by Commissioner Dolson, seconded by Commissioner Todd. Motion was unanimously carried.

**E.) Updates on Niagara Falls Housing Authority matters**
Ms. Smith reported that the PCCC is having Kwanza on December 19th from 4-7 pm, the FRB is holding a Christmas concert on December 20th at 5:30 pm and we are hosting a Senior Christmas Party on December 18th at the Doubletree with 127 residents attending. Cornerstone needs emergency roof repairs. We don't have the cost estimates of the roofs, but the rent is abated in these units due to the non-repairs.

**NFHA ATTORNEY REPORT-**
Attorney Hutchison reported on the Unity Park conversion and that he is working on getting more information from Reno and Cavanaugh to catch up. Santino has been helping with paperwork and evictions. He stated that the managers are very responsive and easy to work with. The managers

have tailored the non-rent related issues/lease violations. He noted that he wanted everyone to know that he is finishing Jason's current contract as Jason wanted to keep his promise that he would have someone in place.


**VII.    UNFINISHED BUSINESS**
None

**VIII.   NEW BUSINESS**
Next meeting: Tuesday, January 14, 2025 3:30 pm – Administrative Office

**IX.     ADJOURNMENT**
Commissioner Archie made a motion to adjourn. Commissioner Swift seconded and the motion was unanimously carried.  The meeting adjourned at 4:43 pm.

_____
Secretary

# EXHIBIT D

Felissa Davis

RE: William E. Johnson
800 Niagara Ave., Apt. #1014
Wrobel Towers
Niagara Falls, NY 14305
716-334-5253

March 4, 2026

Niagara Falls Housing Authority
Administrative Offices
Board of Directors

To Whom It May Concern:

I am writing regarding a recent housing application and the rental calculation process applied to my uncle's case.

In the past, I was informed that the fair market rent within this Public Housing Authority (PHA) was approximately $580. In December, however, an Occupancy Assistant advised me that the agency had adopted a new method for determining rent, stating that rent would now be based on an individual's "ability to pay." As an example, I was told that if an occupant earns $50,000 annually, the rent could be set at approximately $1,500 per month.

I raised concerns at that time regarding HUD regulations and existing policy guidelines. My questions about whether HUD had approved or was aware of this change were not answered. Therefore, I am formally requesting a copy of the new policy, including the specific formula used to calculate rental amounts under this revised system. Additionally, I request documentation indicating when and how this policy was presented to and approved by the Board of Directors, as I have not found any record linking this change to recent board meetings.

I must also express concern regarding what appears to be a pattern of conduct involving the Occupancy Director and my family. Given prior interactions, I believe my uncle may have been deliberately targeted. I respectfully request an internal investigation into this matter and, if warranted, appropriate disciplinary action.

I have contacted several agencies for guidance. One agency advised that the circumstances may warrant review by federal authorities, including the FBI and the Inspector General. Furthermore, Adult Protective Services has expressed concern regarding the rental amount being charged to my uncle.

This writer visited the offices of the Niagara Falls Housing Authority (NFHA) today on 3/4/2026 to execute any necessary consent forms, as HUD representative Sara previously stated that I was not listed as an authorized individual permitted to discuss or receive information regarding my uncle's housing matter.

Upon arrival, I spoke with Ms. Hamilton, who consulted with Gradacyia Williams, Director of Housing regarding the alleged consent requirement. Both individuals indicated they were unaware of any such form that I needed to complete in order to assist with or review my uncle's case. This directly contradicts the information provided to HUD and suggests that the claim regarding missing authorization may have been inaccurate.

Based on this interaction, it appears that this explanation may have been used to create confusion with the U.S. Department of Housing and Urban Development (HUD) rather than to address the matter in good faith. I am requesting written clarification regarding whether any consent documentation is required, and if so, a copy of the specific policy governing such authorization.

I am requesting the opportunity to be interviewed by the Board to address these issues directly and provide any additional information that may assist in your review. Please contact me within ten (10) days of receipt of this letter.

Thank you for your time and attention to this serious matter. I look forward to your prompt and fair response.

Sincerely,

Felissa Davis

cc: HUD Buffalo Metro Office

 Gmail

Central Computer Desk <cencompdesk@gmail.com>

**Fwd: USPS eReceipt**
1 message

Felissa Davis <iamfelissa@icloud.com>
To: cencompdesk@gmail.com

Sent from my iPhone

Begin forwarded message:

**From:** DoNotReply@ereceipt.usps.gov
**Date:** March 5, 2026 at 4:27:39 PM EST
**To:** iamfelissa@icloud.com
**Subject:** USPS eReceipt


UNITED STATES
POSTAL SERVICE ®

NIAGARA FALLS
615 MAIN ST STE 1
NIAGARA FALLS, NY 14301-9998
www.usps.com

03/05/2026                              04:27 PM
------------------------------------------------
               TRACKING NUMBERS
                    9589 0710 5270 1706 6036 84
------------------------------------------------
        TRACK STATUS OF ITEMS BY LINK
            (Up to 25 items)
                            Click to track items
------------------------------------------------
         TRACK STATUS BY TEXT MESSAGE
       Send tracking number to 28777 (2USPS)
        Standard message and data rates may apply
------------------------------------------------
            TRACK STATUS ONLINE
        Visit https://www.usps.com/tracking
          Text and e-mail alerts available
------------------------------------------------
             PURCHASE DETAILS
------------------------------------------------

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| NCardinal#10R Env | 1 | $1.01 | $1.01 |
| First-Class Mail® Letter | 1 | | $0.78 |
| Niagara Falls, NY 14305 | | | |
| Weight: 0 lb 0.50 oz | | | |
| Estimated Delivery Date | | | |
| Mon 03/09/2026 | | | |
| Certified Mail® | | | $5.30 |
| Tracking #: | | | |
| 9589 0710 5270 1706 6036 84 | | | |
| Affixed Postage | | | ($0.78) |
| Affixed Amount: $0.78 | | | |
| Total | | | $5.30 |

| Grand Total: | $6.31 |
|---|---|

| Debit Card Remit | $56.31 |
|---|---|
| Card Name: VISA | |
| Account #: XXXXXXXXXXXX7683 | |
| Approval #: 653256 | |
| Transaction #: 577 | |
| Receipt #: 031486 | |
| Debit Card Purchase: $56.31 | |
| AID: A0000000980840     Chip | |
| AL: US DEBIT | |
| PIN: Verified | |
| Cash Back | ($50.00) |

TO REPORT AN ISSUE
Visit https://emailus.usps.com

All hazardous labels/markings on reused
boxes MUST be completely
removed/obliterated if they no longer
match the contents.

PREVIEW YOUR MAIL AND PACKAGES
Sign up for FREE at
https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

Customer Service
1-800-ASK-USPS
(1-800-275-8777)
Agents do not have any additional
information other than what is provided on
USPS.com.

Tell us about your experience.
Go to: https://postalexperience.com/pos?mt=9
or call 1-800-410-7420.

UFN: 355835-0302
Receipt #: 840-51400110-3-6863659-1
Clerk: 17

**Privacy Act Statement:** Your information will be used to provide you with an electronic receipt for your purchase transaction via email. Collection is authorized by 39 USC 401, 403, and 404. Providing the information is voluntary, but if not provided, we will be unable to process your request to receive an electronic receipt. We do not disclose your information to third parties without your consent, except to facilitate the transaction, to act on your behalf or request, or as legally required. This includes the following limited circumstances: to a congressional office on your behalf; to financial entities regarding financial transaction issues; to a U.S. Postal Service auditor; to entities, including law enforcement, as required by law or in legal proceedings; to contractors and other entities aiding us to fulfill the service (service providers); to process servers; to domestic government agencies if needed as part of their duties; and to a foreign government agency for violations and alleged violations of law. For more information on our privacy policies visit www.usps.com/privacypolicy.

This is an automated email. Please do not reply to this message. This message is for the designated recipient only and may contain privileged, proprietary, or otherwise private information. If you have received it in error, please delete. Any other use of this email by you is prohibited.

# EXHIBIT E



# BRIAN J. HUTCHISON
### ATTORNEY AT LAW

March 27, 2026

Felissa Davis                                    **_Hand Delivered_**
2936 9th Street
Niagara Falls, NY 14305

**RE:    Niagara Falls Housing Authority**

Dear Ms. Davis:

As you may know, I am general legal counsel for the Niagara Falls Housing Authority. Numerous issues have recently been brought to my attention. I want to ensure they are promptly addressed to clarify any confusion that you may have about the Housing Authority's policies and procedures.

### Release of Information about Other Tenants

Housing Authority staff raised concerns that you are repeatedly requesting information about other tenants of the Housing Authority. This includes information about an individual whom you indicate is your uncle. Please note that the Housing Authority cannot provide information about tenants to third parties unless they have appropriate legal authority to request that information. For example, a properly drafted power of attorney signed by your uncle might give you legal authority to receive documentation on his behalf. Absent appropriate legal authority, the Housing Authority staff must deny your requests for documentation concerning other tenants.

### Use of Community Space and Public Spaces

All Housing Authority tenants are encouraged to take full advantage of the community spaces and public spaces. We must insist that tenants act appropriately in these spaces, and so inappropriate, foul, or threatening comments are prohibited. Further, any behavior that disrupts the ability of other community members to use these spaces for their own benefit is prohibited. While using these spaces for your own benefit, please ensure that your actions and comments are consistent with these policies. If you are unable to do so, the Housing Authority may be left with no other option than to limit your access to these spaces or to prohibit your access entirely.

### Communication with Housing Authority Staff and Employees

The Housing Authority maintains zero tolerance for any derogatory or threatening behavior toward its staff or employees. These individuals ensure that the Housing Authority operates efficiently, and they are attentive to the needs of tenants and guests. While you may not agree with some of the responses you receive from staff members, they are required to follow Federal and New York State law, local regulations, and Housing Authority policies. They should not be met with threatening or degrading responses simply for doing their job, and the Housing Authority will not allow tenants who engage in such behavior to reside in their communities.

---

**Brian J. Hutchison, Esq.**                                              **Tel: 716-302-8090**
**754 Park Place**                    **BJHesq@gmail.com**                 **Fax: 716-302-8091**
**Niagara Falls, NY  14301**

This is not an attempt to prevent you from voicing any concerns that you may have about the Housing Authority to community members or the public. However, the way you express yourself must not cause other tenants, guests, or staff at the Housing Authority to feel threatened, degraded, or unsafe.

Your anticipated cooperation with the Housing Authority policies and procedures is greatly appreciated, and we hope that you – and all of our tenants and staff – find the Housing Authority community to be safe and welcoming.

Thank you for your kind attention herein.

Very truly yours,

Brian J. Hutchison, Esq.

BJH/

cc:    Niagara Falls Housing Authority

---

**Brian J. Hutchison, Esq.**
**754 Park Place**                BJHesq@gmail.com              **Tel: 716-302-8090**
**Niagara Falls, NY 14301**                                    **Fax: 716-302-8091**

# EXHIBIT F



### Niagara Falls Housing Authority

Administrative Offices: 744 Tenth Street • Niagara Falls, NY 14301
Phone: (716) 285-6961 • Fax: (716) 285-3407 • TDD: 1-800-545-1833 x405
Website: www.nfha.org   Email:nfha@nfha.org

December 19, 2025

Subject: **Notice of Increase to the Flat Rent Amount**

Dear Residents:

This letter serves as formal notification that the flat rental amount for the Niagara Falls Housing Authority will be increasing. The effective date is **January 1, 2026**. For current residents, it will go into effect <u>April 1, 2026</u>, as part of our annual re-examination.

Due to increased operating costs, maintenance fees, and to align with federal guidelines for affordable housing programs, the new flat rent will increase from $600 - $810 per month. This adjustment is necessary to maintain the quality of our property and services.

If you aren't currently on the flat rent schedule, there won't be any changes for you at this time. You will continue to have your normal annual re-examination.

If you have questions or need further clarification, please contact your rental office.

Thank you for your understanding and continued residency.

Sincerely,

Tomorrow Allen-Collins, DSL
Executive Director

# EXHIBIT G

## *Niagara Falls Housing Authority*

# <u>PEST MANAGEMENT</u>
# <u>AND HOUSEKEEPING INSPECTION NOTICE</u>

TO:          ALL CORNERSTONE VILLAGE RESIDENTS

FROM:      Centria Jacas, Assistant Manager

DATE:      April 4, 2026

RE:          Pest Management Inspection and **Housekeeping Inspection.**

To help keep Cornerstone Village pest and rodent free, *GREAT LAKES EXTERMINATING* will be performing a *Pest Management Inspection* for *any pests or rodents* in your apartment. It will not be necessary for you to leave your apartment during the inspection. **A Housekeeping inspection will be done by the Site Manager and/or Site Foreman as well.**

**NO PREPARATION IS REQUIRED BY YOU FOR THIS INSPECTION OTHER THAN ACCESS TO THE SLEEPING AREAS AS WELL AS ACCESS TO KITCHEN CABINETS AND BATHROOM. IT IS ADVISED THAT YOU ARE HOME AT THE TIME OF INSPECTION.**

*YOUR APARTMENT IS SCHEDULED FOR THIS INSPECTION ON*:

<div style="border:1px solid black; text-align:center;">

**<u>Thursday April 2, 2026, 2026</u>**
**STARTING BETWEEN**

# 8:30 AM – 3:00 PM Mandatory



</div>

PLEASE UNDERSTAND THAT THERE ARE MANY APARTMENTS SCHEDULED FOR THIS DAY, SO PLEASE BE PATIENT FOR THE EXTERMINATOR'S ARRIVAL.

<u>THIS LETTER SERVES AS ADVANCE NOTICE THAT IN THE EVENT
NO ONE IS HOME WHEN THE EXTERMINATOR ARRIVES,
YOUR APARTMENT WILL BE ENTERED BY NFHA STAFF AND THE EXTERMINATOR
AND AN APARTMENT ENTRY FORM LEFT IN YOUR KITCHEN.</u>



# Niagara Falls Housing Authority

**Administrative Offices:** 744 Tenth Street • Niagara Falls, NY 14301
Phone: (716) 285-6961 • Fax: (716) 285-3407 • TDD: 1-800-545-1833 x405
Website: www.nfha.org   Email:nfha@nfha.org

April 6, 2026

## NFHA Resident FAQ Sheet
### Flat Rent Adjustments – What You Need to Know

**1. Why is my rent increasing?**

Your rent may be increasing due to a federal requirement from the U.S. Department of Housing and Urban Development (HUD). HUD now requires all housing authorities to set flat rents at **no less than 80% of Fair Market Rent (FMR)**.

**2. Did NFHA decide to raise rents?**

No. This is **not a local decision**.
NFHA is required to follow federal guidelines set by HUD that apply nationwide.

**3. What is Fair Market Rent (FMR)?**
FMR is the estimated cost of renting a home in the area.
HUD updates this amount every year, and NFHA must adjust flat rents accordingly.

**4. Will my rent increase all at once?**
No. If your rent increase is significant, it will be **phased in over time**.
HUD guidelines ensure your rent will **not increase by more than 35% in one year**.

**5. Will this affect all residents the same way?**
No. Rent changes depend on your current rent, unit type, and whether you are paying flat rent or income-based rent.

**6. Can I switch to income-based rent instead?**
In many cases, **yes**. If your income has changed or you would like to explore this option, please contact our office to discuss eligibility.

**7. Why does NFHA have to increase rents at all?**
These adjustments help cover essential costs needed to maintain your housing, including: Utilities, Insurance, Maintenance and repairs, Safety and property services.

**8. What if I cannot afford the increase?**
We encourage you to contact us immediately. Our team will work with you to: Review your situation, Discuss income-based rent options, Connect you with available resources.

**9. Who can I contact with questions?**
The Site Manager of your development.

*This writer received this notice upon exiting my uncle residence @ 8pm. It was not given upon entering (w) and. Stalking us.*

**Our Commitment**

*NFHA remains committed to providing **safe, affordable housing** and supporting our residents through this transition.*

---

### PEOPLE & POSSIBILITIES
Harry S. Jordan Gardens • Anthony Spallino Towers • Henry E. Wrobel Towers • Packard Court • Beloved Community
Doris W. Jones Family Resource Building • Packard Court Community Center

# EXHIBIT H

Optional and Supplemental Contact Information for HUD-Assisted Housing Applicants

# SUPPLEMENT TO APPLICATION FOR FEDERALLY ASSISTED HOUSING

This form is to be provided to each applicant for federally assisted housing Instructions: Optional Contact Person or Organization: You have the right by law to include as part of your application for housing, the name, address, telephone number, and other relevant information of a family member, friend, or social, health, advocacy, or other organization. This contact information is for the purpose of identifying a person or organization that may be able to help in resolving any issues that may arise during your tenancy or to assist in providing any special care or services you may require. You may update, remove, or change the information you provide on this form at any time. You are not required to provide this contact information, but if you choose to do so, please include the relevant information on this form.

| | |
|---|---|
| **Applicant Name:** | |
| **Mailing Address:** | |
| **Telephone No:** | **Cell Phone:** |
| **(1) Name of Additional Contact Person or Organization:** | **Relationship to Applicant:** |
| **Address:** | |
| **Telephone No:** | **Cell Phone:** |
| **(1) Name of Additional Contact Person or Organization:** | **Relationship to Applicant:** |
| **Address:** | |
| **Telephone No:** | **Cell Phone:** |

Legal Notification: Section 644 of the Housing and Community Development Act of 1992 (Public Law 102-550, approved October 28, 1992) requires each applicant for federally assisted housing to be offered the option of providing information regarding an additional contact person or organization. By accepting the applicant's application, the housing provider agrees to comply with the non-discrimination and equal opportunity requirements of 24 CFR section 5.105, including the prohibitions on discrimination in admission to or participation in federally assisted housing programs on the basis of race, color, religion, national origin, sex, disability, and familial status under the Fair Housing Act, and the prohibition on age discrimination under the Age Discrimination Act of 1975.

_____

**Signature of Head of Household**

_____                    _____

**Signature of Spouse/or Co-head of Household**              **Date**

The information collection requirements contained in this form were submitted to the Office of Management and Budget (OMB) under the Paperwork Reduction Act of 1995 (44 U.S.C. 3501-3520). The public reporting burden is estimated at 15 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Section 644 of the Housing and Community Development Act of 1992 (42 U.S.C. 13604) imposed on HUD the obligation to require housing providers participating in HUD's assisted housing programs to provide any individual or family applying for occupancy in HUD-assisted housing with the option to include in the application for occupancy the name, address, telephone number, and other relevant information of a family member, friend, or person associated with a social, health, advocacy, or similar organization. The objective of providing such information is to facilitate contact by the housing provider with the person or organization identified by the tenant to assist in providing any delivery of services or special care to the tenant and assist with resolving any tenancy issues arising during the tenancy of such tenant. This supplemental application information is to be maintained by the housing provider and maintained as confidential information. Providing the information is basic to the operations of the HUD Assisted-Housing Program and is voluntary. It supports statutory requirements and program and management controls that prevent fraud, waste and mismanagement. In accordance with the Paperwork Reduction Act, an agency may not conduct or sponsor, and a person is not required to respond to, a collection of information, unless the collection displays a currently valid OMB control number. Privacy Statement: Public Law 102-550, authorizes the Department of Housing and Urban Development (HUD) to collect all the information (except the Social Security Number (SSN)) which will be used by HUD to protect disbursement data from fraudulent actions. Form HUD- 92006 (05/09)

6.



**Niagara Falls Housing Authority**

Administrative Offices: 744 Tenth Street • Niagara Falls, NY 14301
Phone: (716) 285-6961 • Fax: (716) 285-3407 • TDD: 1-800-545-1833 x405
Website: www.nfha.org   Email:nfha@nfha.org

February 3, 2026

William Johnson
2936 9th Street
Niagara Falls, NY 14305

Dear Mr. Johnson,

Congratulations! Your application for housing with the Niagara Falls Housing Authority has been approved. You may now join the hundreds of our resident families who are living in clean, decent, safe and affordable housing. You have been assigned:

#1014 Wrobel Towers
800 Niagara Avenue
Niagara Falls, NY 14305

**Your MONTHLY RENT will be $880.00.** We also require a **SECURITY DEPOSIT** of **$880.00.** Your anticipated move in date is on or about 2/15/2026. You will only be charged for the number of days occupied in the unit. *The total amount due will be $1,760.00. Please submit 2 separate checks or money orders for rent and security deposit.*

The Manager of your complex, Ms. Andrea Fylipek (716) 284-9129, will contact you by phone to arrange a New Tenant Orientation Session which will entail provisions of your Lease, Rules and Regulations, Occupancy provisions and an inspection of your new apartment, in addition to answering any questions you may have prior to moving in. This session will last approximately an hour and a half. We ask that you take into consideration the constraints that may be placed on small children for this amount of time and the undivided attention needed to fully explain and to clearly understand the topics of discussion during this session.

Please return the attached acceptance/rejection letter upon immediate receipt of this notice to confirm your intentions. A self-addressed, stamped envelope is enclosed for your convenience.
       ***FAILURE TO RESPOND WITHIN 10 DAYS WILL RESULT IN THE CANCELLATION OF YOUR APPLICATION***

Very truly yours,

*Jhanae Hamilton*

**Jhanae Hamilton**
**Occupancy Assistant**

---

**PEOPLE & POSSIBILITIES**
Harry S. Jordan Gardens • Anthony Spallino Towers • Henry E. Wrobel Towers • Packard Court • Beloved Community
Doris W. Jones Family Resource Building • Packard Court Community Center

# APARTMENT OFFER
## Acceptance/Rejection

DATE OF OFFER: 01/21/2026
APPLICANT NAME: WILLIAM E JOHNSON
APPLICATION #: 17962

I, WILLIAM E JOHNSON ,

(Name of Applicant)

(X) ACCEPT or ( ) REJECT the offer of Apt. # 1014

At site name: WROBEL TOWERS

| | | | |
|---|---|---|---|
| (X) | Henry E. Wrobel Towers<br>800 Niagara Avenue<br>Niagara Falls, NY 14305 | () | Anthony Spallino Towers<br>720 Tenth Street<br>Niagara Falls, NY 14301 |
| ( ) | Harry S. Jordan Gardens<br>2910 Highland Avenue<br>Niagara Falls, NY 14305 | () | Packard Court<br>4200 Pine Avenue<br>Niagara Falls, NY 14301 |
| () | Our Beloved Community<br>1710 Calumet Avenue<br>Niagara Falls, NY 14305 | | |

If rejection, please give the reason(s) for not accepting the offer:

_____

_____

_____

I understand that the rejection of this apartment offering **WITHOUT A VALID REASON** will result in my application being placed at the bottom of the waiting list and/or forfeiture of the federal preferences under which I applied.

I also understand that **I WILL NOT** be offered another apartment until my name and number reaches the top of the waiting list again.

_William E Johnson_ _____     _2-4-2026_ _____
(Signature)                               (Date)

 Gmail

**Central Computer Desk <cencompdesk@gmail.com>**

---

## Fwd: I'm finalizing the compliant
1 message

---

**Felissa Davis <iamfelissa@icloud.com>**
To: cencompdesk@gmail.com

Fri, Mar 27, 2026 at 2:37 PM

Sent from my iPhone

Begin forwarded message:

> **From:** "Gallagher, Leah K" <Leah.K.Gallagher@hud.gov>
> **Date:** March 9, 2026 at 10:16:56 AM EDT
> **To:** Felissa Davis <iamfelissa@icloud.com>, "Graves, Ashley S" <Ashley.S.Graves@hud.gov>
> **Subject: RE: I'm finalizing the compliant**
>
>
> Good morning Ms. Davis,
>
> As we stated previously, we are unable to provide any further information to you about other persons. The NFHA will work directly with those individuals to resolve the issues. If you have additional complaints, you may send them to us in writing via email.
>
>
> Thanks and Stay well,
>
> Leah Gallagher
> Division Director
> Buffalo-Pittsburgh Office of Public Housing
> 716-646-7044
>
>
> -----Original Message-----
> From: Felissa Davis <iamfelissa@icloud.com>
> Sent: Monday, March 9, 2026 8:02 AM
> To: Gallagher, Leah K <Leah.K.Gallagher@hud.gov>; Graves, Ashley S <Ashley.S.Graves@hud.gov>
> Subject: <External Message> I'm finalizing the compliant
>
> CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe. If you have concerns about the content of the email, please send it to phishing@hud.gov or click the Report Phishing Button on the Outlook ribbon or Phishing option within OWA.
>
>
> It will be ready by 4 pm. Can we meet today. I'll be in Buffalo?
>
> Thank you,
>
>
> Felissa Davis
> Sent from my iPhone

 Gmail

## Fwd: <External Message> Discrimination
1 message

**Felissa Davis** <iamfelissa@icloud.com>
To: cencompdesk@gmail.com

Fri, Mar 27, 2026 at 2:39 PM

Sent from my iPhone

Begin forwarded message:

> **From:** "Graves, Ashley S" <Ashley.S.Graves@hud.gov>
> **Date:** February 27, 2026 at 1:52:06 PM EST
> **To:** Felissa Davis <iamfelissa@icloud.com>
> **Subject: RE: <External Message>  Discrimination**

**Good Afternoon Ms. Davis,**

Our Office of Public Housing is in receipt of your email dated February 18, 2026, regarding concerns with the Niagara Falls Housing Authority (NFHA) and two individuals and provided the following information.

Please be advised that our office has not been granted authorization from the individuals to release information regarding their affiliation with the NFHA.  In addition, our office contacted the NFHA who informed our office that they do not have you on record as being authorized to receive information on behalf of the individuals.  However, the housing authority acknowledges the concerns presented and strongly recommend that William Johnson and Rodney Braxton contact NFHA directly to obtain information regarding their case file and that they should work directly with them. We believe that one of the individuals has already been in contact with NFHA to address their issues.

Thank you for your concerns and we hope that you find this information helpful.

Sincerely,

Ashley.Graves

Program Analyst

Office of Field Policy & Management

U.S. Dept. of Housing & Urban Development

Region II NY/NJ

716-551-5755

Ashley.S.Graves@hud.gov

hud.gov

**From:** Felissa Davis <iamfelissa@icloud.com>
**Sent:** Friday, February 27, 2026 11:13 AM
**To:** Graves, Ashley S <Ashley.S.Graves@hud.gov>
**Subject:** <External Message> Discrimination

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe. If you have concerns about the content of the email, please send it to phishing@hud.gov or click the Report Phishing Button on the Outlook ribbon or Phishing option within OWA.

I feel as though I am being played with. Home just contacted me and stated they could not help because it may be a criminal act, Also. I am aware I was targeted and I feel the way thus compliant was transpired to department with no lead contact us a firm to gas light me. I'm already prepared to fight this agency and please respond in writing. Because thus should if been over with. I believe it us being prolonged.

Thank you.

Felissa Davis.

Sent from my iPhone

Felissa Davis

William E. Johnson
800 Niagara Ave., Apt. #1014
Wrobel Towers
Niagara Falls, NY 14305
716-334-5253

Niagara Falls Housing Authority
Wrobel Tower Manager
Niagara Falls, NY 14305

March 4, 2026

To Whom It May Concern:

On or about March 3, 2026, I was informed by the property manager that in order to visit my uncle at this property, he must come downstairs to escort me unless documentation is provided stating that he is disabled.

I would like to note that Andrea and Quincy have consistently demonstrated excellent professionalism in their interactions with me. However, if this requirement is an official policy, I respectfully request written correspondence outlining the policy so that I may provide it to his medical provider for review and completion of any necessary documentation.

Additionally, I am requesting a 30-day extension to allow sufficient time for his provider to complete the required paperwork. It is imperative that I have appropriate access to the building to help ensure my uncle's safety and well-being.

My uncle is currently linked with Adult Protective Services, and I am working as quickly as possible to complete this process. I have previously visited this building and understood the requirement for visitors to present identification and provide the apartment number upon entry.

If there are any questions or if additional information is needed, please contact me as soon as possible.

Thank you for your prompt attention to this matter.

Best regards,

Felissa Davis

Cc: HUD Buffalo Metro Office

JS 44 (Rev. 03/24)

# CIVIL COVER SHEET

26-cv-00834 JLS

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Felisa A. Davis, William E. Johnson

**DEFENDANTS**
Niagara Falls Housing Authority

**(b)** County of Residence of First Listed Plaintiff  Niagara
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:    IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
3936 9th Street Niagara Falls NY N303  716 3345252

Attorneys *(If Known)*
Mr. Hutchinson

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☒ 1  U.S. Government Plaintiff

☐ 3  Federal Question
*(U.S. Government Not a Party)*

☐ 2  U.S. Government Defendant

☐ 4  Diversity
*(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | Liability | ☐ 367 Health Care/ | | **INTELLECTUAL PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Pharmaceutical | | | ☐ 430 Banks and Banking |
| & Enforcement of Judgment | Slander | Personal Injury | | ☐ 820 Copyrights | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Product Liability | | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted | Liability | ☐ 368 Asbestos Personal | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 470 Racketeer Influenced and |
| Student Loans | ☐ 340 Marine | Injury Product | | ☐ 840 Trademark | Corrupt Organizations |
| (Excludes Veterans) | ☐ 345 Marine Product | Liability | | ☐ 880 Defend Trade Secrets | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment | Liability | **PERSONAL PROPERTY** | **LABOR** | Act of 2016 | (15 USC 1681 or 1692) |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards | | ☐ 485 Telephone Consumer |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | ☐ 371 Truth in Lending | Act | **SOCIAL SECURITY** | Protection Act |
| ☐ 190 Other Contract | Product Liability | ☐ 380 Other Personal | ☐ 720 Labor/Management | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Property Damage | Relations | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ |
| ☐ 196 Franchise | Injury | ☐ 385 Property Damage | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | Exchange |
| | ☐ 362 Personal Injury - | Product Liability | ☐ 751 Family and Medical | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| | Medical Malpractice | | Leave Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☒ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | Income Security Act | ☐ 870 Taxes (U.S. Plaintiff | Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate | | or Defendant) | ☐ 896 Arbitration |
| ☐ 240 Torts to Land | ☐ 443 Housing/ | Sentence | | ☐ 871 IRS—Third Party | ☐ 899 Administrative Procedure |
| ☐ 245 Tort Product Liability | Accommodations | ☐ 530 General | | 26 USC 7609 | Act/Review or Appeal of |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 535 Death Penalty | **IMMIGRATION** | | Agency Decision |
| | Employment | **Other:** | ☐ 462 Naturalization Application | | ☐ 950 Constitutionality of |
| | ☐ 446 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration | | State Statutes |
| | Other | ☐ 550 Civil Rights | Actions | | |
| | ☐ 448 Education | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☒ 1 Original Proceeding

☐ 2 Removed from State Court

☐ 3 Remanded from Appellate Court

☐ 4 Reinstated or Reopened

☐ 5 Transferred from Another District *(specify)*

☐ 6 Multidistrict Litigation - Transfer

☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☐ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions)*:
JUDGE _____    DOCKET NUMBER _____

DATE  4/8/2026

SIGNATURE OF ATTORNEY OF RECORD  Pro Se

## FOR OFFICE USE ONLY

RECEIPT # _____    AMOUNT _____    APPLYING IFP _____    JUDGE _____    MAG. JUDGE _____